# EXHIBIT 32

```
 1              IN THE UNITED STATES DISTRICT COURT

 2   FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 3                    Pittsburgh Division

 4   _____

 5   EARNEST LEE DUNCAN, JR.,

 6           Plaintiff,

 7      v.                          Case No.

 8   PNC BANK, N.A.; EXPERIAN        2:22-cv-01717-PLD

 9   INFORMATION SOLUTIONS, INC.;

10   TRANS UNION, LLC; and

11   EQUIFAX INFORMATION SERVICES,

12   LLC,

13           Defendants.

14   _____

15         AUDIOVISUAL DEPOSITION OF MILTON AZEEM

16   DATE:        Wednesday, November 29, 2023

17   TIME:        10:05 a.m., EST

18   LOCATION:    Zoom

19   REPORTED BY:  Freya Amis, Remote Notary Public

20   JOB No.:     12939

21

22

23

24

25
```

1        Q    Sure.  And I should have told you this at

2   the beginning.  This is not a memory test.  If there's

3   something you don't remember, that's okay, you know.

4        A    Right.

5        Q    I'm just trying to get the information you

6   remember.

7        A    Right.

8        Q    That's it.  So is it accurate to say that

9   ACLS mostly contains account holder information and

10  account history information?

11       A    That's correct.

12       Q    And what information do you use within LIS?

13       A    LIS contains some of the documents to

14  basically establish the loan or the history of the

15  loan.

16       Q    And the types of -- are there account

17  statements in LIS?

18       A    No.  I don't recall seeing account

19  statements.

20       Q    Are there account agreements in LIS?

21       A    Yes.

22       Q    Other than account agreements, what other

23  documents are contained within LIS?

24       A    Letters.

25       Q    Are those letters that PNC receives or

```
 1   letters that PNC sends?

 2        A    It could be both.

 3        Q    So it's LIS has account agreements and then

 4   incoming and outgoing correspondence related --

 5        A    Correct.

 6        Q    -- to the account?

 7        A    Correct.

 8        Q    And other than the account agreements and

 9   correspondence, are there other documents within LIS?

10        A    No.

11        Q    When you investigate a dispute from a

12   particular consumer, how do you search for documents

13   about that dispute within LIS?

14        A    It pertains to whatever they're disputing.

15        Q    Do you search LIS by account number to --

16        A    Yes.

17        Q    -- find documents?

18        A    Yes.

19        Q    Can you search LIS by a consumer's name?

20        A    Yes.

21        Q    Can you search LIS by a consumer's Social

22   Security number?

23        A    Yes.

24        Q    Are there any other ways you can search for

25   documents within LIS, other than account number,
```

1    consumer name, and consumer Social Security number?

2        A    By application number.

3        Q    What information is stored within Tableau?

4        A    Those are for accounts that came over from

5    BBVA.

6        Q    Is there anything other than information

7    about accounts from BBVA within Tableau?

8        A    That system is used because several of those

9    accounts -- how would you say? -- I guess you can say

10   purged off the system or never converted into a PNC

11   account.

12       Q    And then I was trying to write it down, but

13   I think I might have missed one.  We were talking

14   about the systems you use to access.  You said

15   Tableau, CACS, LIS, and ACLS.  Were there --

16       A    RMS.

17       Q    -- any other systems?  Sorry?

18       A    And RMS, yes.

19       Q    Thank you.  What information is contained

20   within CACS, C-A-C-S?

21       A    It pretty much established or shows

22   timelines, history of the account.  Normally, with

23   that system, if the account's delinquent, it'll show

24   up in there.

25       Q    Will information about the delinquency

ERNEST LEE DUNCAN vs PNC BANK
AZEEM, MILTON on 11/29/2023

1    status of an account show up in any systems other than

2    CACS?

3          A    It'll show up in ACLS and RMS if it's

4    charged off.

5          Q    What information do you obtain from RMS?

6          A    Charged off information, addresses.

7          Q    Other than account delinquency information,

8    is there any other information from CACS that you use

9    when investigating disputes?

10         A    It's -- it's solely for the purpose of

11   delinquent accounts.

12         Q    Is RMS a system you use solely for

13   information about charged off accounts?

14         A    Yes.

15         Q    So if an account is neither delinquent nor

16   charged off when you're investigating a dispute,

17   you're probably not using CACS or RMS?

18         A    You would use ACLS, and you would use -- if

19   it's -- if -- you say if it's not delinquent?

20         Q    Yes.  Or charged off.

21         A    Right.  You would use ACLS.

22         Q    Okay.  And then you might use LIS if you

23   needed to look for a document?

24         A    That's correct.

25         Q    When you were training with Mr. Hafner, were

```
 1   a week as a credit bureau --
 2        A    That's correct.
 3        Q    -- investigator?  Are you paid by the hour?
 4        A    That's correct.
 5        Q    Okay.  And do you have you ever worked
 6   overtime?
 7        A    Oh, yes.
 8        Q    Do you regularly work overtime?
 9        A    No.
10        Q    What time do you currently start work each
11   day?
12        A    6:00 a.m.
13        Q    What time do you get off?
14        A    2:30 p.m.
15        Q    Has that schedule always been the same?
16        A    Yes.
17        Q    And do you take a lunch break?
18        A    Yes.
19        Q    Okay.  How long is your lunch break?
20        A    Thirty minutes.
21        Q    And do you take any other breaks?
22        A    Two 15-minute breaks.
23        Q    So you're there from 6:00 to 2:30, and you
24   have 30 minutes for lunch and then two 15-minute
25   breaks during the day?
```

1        A    That's correct.

2        Q    Okay.  Has that break schedule always been

3    the same?  Meaning you had a total of an hour of

4    breaks?

5        A    It's always been that way.

6        Q    On a typical day, how many disputes do you

7    process?

8        A    Typical day, about 30, 32.

9        Q    Are you given a particular target for the

10   number of disputes to process each day?

11       A    Repeat that again.

12       Q    Are you given a particular target for the

13   number of disputes to process each day?

14       A    No.

15       Q    Okay.  Do you know if PNC keeps track of how

16   many disputes you process each day?

17       A    Yes.

18       Q    How do you know that?

19       A    E-Oscar keeps track of.

20       Q    Okay.  Is that ever a part of your

21   evaluation?

22       A    Yes.

23       Q    Who has been your supervisor while you've

24   been a credit bureau investigator?

25       A    Repeat that again.

```
 1        A      No.
 2        Q      Do you recall what you're being evaluated on
 3   within this form?
 4        A      Performance rating, meets or does not meet.
 5        Q      And are there specific categories of
 6   performance ratings?
 7        A      I can't remember them.
 8        Q      Okay.  Is there a productivity --
 9        A      There is.
10        Q      -- rating?
11        A      Yes.
12        Q      Do you know how that productivity rating is
13   determined?
14        A      That productivity rating is based on
15   accounts done per hour.
16        Q      And what is the rating scale?  Is it just
17   meets or exceeds, or is it 1 through 5 or 1 through
18   10, or is it something else?
19        A      Meets or does not meet or exceed.
20        Q      Okay.  And what's the hourly -- what's the
21   number of disputes processed hourly to meet the
22   productivity requirement?
23        A      Don't know.
24        Q      Okay.  How about exceeds, do you know that?
25        A      What's that again?
```

 1        Q    Do you know what the goal is to exceed the

 2   hourly dispute processing requirement?

 3        A    To exceed, no.

 4        Q    Okay.  And have you always met the

 5   productivity requirements, met or --

 6        A    Yes.

 7        Q    -- exceeded?

 8        A    Yes.

 9        Q    And is there a quality component of the end-

10   of-the-year report?

11        A    Throughout the year.

12        Q    What do you receive about quality throughout

13   the year?

14        A    Well, when I say, "throughout the year,"

15   they have a quality assurance team that picks a number

16   of accounts and -- to see if they're right or see if

17   they're wrong.

18        Q    And then do you receive feedback based on

19   the review by the QA team?

20        A    If they're wrong, yes.  You'll receive the

21   feedback into what was incorrect about the ACDV.

22        Q    Is there any productivity evaluation during

23   the year, as opposed to at the end of the year?

24        A    Repeat that again?

25        Q    You've mentioned that there's some quality

 1        A    That's correct.

 2        Q    Do you recall when she introduced that to

 3   you?

 4        A    No.

 5        Q    All right.  Just bear with me.  I'm going to

 6   try and pull up a couple exhibits here.  So is it

 7   possible to determine the number of disputes you

 8   process in a specific day?

 9        A    There is.

10        Q    Is that from the program that Ms. Zapata

11   showed to you?

12        A    That can be used, but there's a -- there's a

13   guideline in as far as -- in place to how long an

14   account should take you.

15        Q    And how was that guideline communicated to

16   you?

17        A    Repeat that.

18        Q    You said there's a guideline in place.  How

19   did you learn about that guideline?

20        A    That's basically told to us.

21        Q    What is the guideline?

22        A    Basically, it's more or less, for example,

23   out of the day, an account should take you 12 minutes,

24   10 minutes, depending on the dispute and how long the

25   research takes you.

1    Q    Sure.  So are there different time
2  guidelines based on the nature of the dispute?
3    A    No.  It's -- it's the same.  It's just
4  difference in how long it'll take you to do the
5  account.
6    Q    And when you say, "difference in how long it
7  take you," you say it's difference based on your
8  experience?
9    A    Based off how much research you have to put
10  into it.
11    Q    But there's no breakdown of the time
12  guideline based on the specific type of dispute you're
13  processing?
14    A    No.  No.
15    Q    Okay.
16         (Exhibit 1 was marked for identification.)
17  BY MR. SARRETT:
18    Q    Okay.  I'm going to show you an exhibit.
19  And I've just got to make a little table here so I can
20  keep track of what I'm showing you, so I don't forget.
21  I'm going to share my screen with you, and I've marked
22  this as Exhibit 1.  Can you see this on your screen
23  there?
24    A    Yes.
25    Q    And do you see the title, UTL Account

 1    Comment Log Sheet?

 2        A     Yes.

 3        Q     What is this document?

 4        A     That document is used to keep a notation of

 5    your investigation, and you'll use that when an

 6    account has been purged off the system.

 7        Q    Okay.  And what does it mean when an account

 8    is purged off the system?

 9        A     You can no longer pull it up in ACLS.  You

10    can no longer pull it up in RMS.

11        Q    How do you pull up an account that you can

12    no longer pull up in ACLS or RMS?

13        A     That account will come up in CACS, C-A-C-S,

14    and LIS.

15        Q    Okay.  And what computer system do you use

16    to log UTL account comment logs?

17        A     Once that document is done, that UTL

18    account, that goes in LIS.  It's imaged into LIS.

19        Q    Okay.  Do you use LIS to create the comment

20    log?

21        A     The LIS, the documents that are in there,

22    will be used as part of research.

23        Q    Okay.  I'm wondering how this specific log

24    is created.  Do you just type it up in a Word

25    document, or do you use some other program to do that?

1        A    I don't -- it - it's a Word document.

2        Q    Okay.  So when you have an account that's

3    been purged, your training is that you create a Word

4    document and insert the information that's shown in

5    this account comment?

6        A    That's -- that's correct.

7        Q    And then when you're done, you save it to

8    LIS?

9        A    That's correct.

10        Q    And do you -- never mind.  I was going to

11    ask a dumb question.

12            All right.  So do you see the comment --

13        A    Yes.

14        Q    -- section here that I've --

15        A    Yes.

16        Q    -- called out with a red box?  Some of this,

17    I understand; some of it, I don't.  Can you translate

18    it for me?

19        A    Sure.  Received e-Oscar from Ernest

20    disputing the loss to another individual with the

21    same/similar name.  Images show -- that comes over

22    with the ACDV -- a dispute letter disputing the same.

23    So the letter that most likely he submitted disputed

24    the same thing that's listed up above.  So I had to

25    review CACS, LIS, and another system that we use

1    that's called XNET.

2                So based off those reviews and the ACDV that

3    was submitted to us or the dispute that was submitted

4    to us from a TransUnion -- or, in that case, that's

5    from Experian -- that's the EXP at the end of the

6    paragraph.

7                So based off that dispute and what I have as

8    far as our system of records, that's why I had to

9    update something in the demos, update the payment

10   rating, the conditional status, the port type --

11   that's basically whether it's a installment loan or a

12   lot of credit.

13               INT type, the INT type is whether monthly or

14   variable.  Date closed, that kind of speaks for

15   itself.  The terms -- terms, how long the loan was

16   taken out for or line of credit -- the actual payment,

17   the last payment that was made on the account.

18               The grid, the grid is where it shows the

19   breakdown of each month as to whether that account was

20   current or delinquent.  Account paid in full, that was

21   the outcome of what happened today, that loan or that

22   dispute.

23       Q    And zero balance is just saying it has a

24   zero balance at this point?

25       A    Right.  Zero balance because the account's

1   paid in full.

2       Q    And what is XNET?

3       A    XNET is more of a -- how would you -- it's a

4   pay history from the time the loan was established to

5   the time that it paid in full and closed out.

6       Q    Okay.  So is there anything in XNET, other

7   than the payment history for a particular --

8       A    No.  That's it.

9       Q     -- account?

10      A    Just payment history.

11      Q    And does CACS, C-A-C-S, not show the full

12  payment history for an account?

13      A    Only -- CACS is only used if the account is

14  delinquent.  So if the account's current, you won't

15  find that in CACS, but you will find that in XNET.

16      Q    So because this account was paid in full,

17  does that mean there would be no information about it

18  in C-A-C-S?

19      A    No, not necessarily.  Could have been

20  delinquencies.  May not have ever been delinquent, but

21  I -- I wouldn't know.

22      Q    Okay.  All right.  So I'm going to show you

23  another.  Okay.

24  (Exhibit 2 was marked for identification.)

25  //

1    BY MR. SARRETT:

2        Q    And I marked this as Exhibit 2.  Are you

3    able to see this, Mr. Azeem?

4        A    Yes.

5        Q    Does this appear to have come from LIS?

6        A    Yes, that's LIS.  That's correct.

7        Q    Okay.  And is this -- well -- all right.

8    I'm going to scroll down just so you can see the rest

9    of it.  It's a little hard.  I don't know how big your

10   screen is there.

11           Is this typical of what -- well, do all of

12   the pages here that I'm showing you appear to have

13   come from LIS?

14       A    Let's see.

15       Q    And if you need me to scroll, let me know.

16       A    That's LIS.

17       Q    Okay.  We're on the third page here, and

18   it's the documents have all been stamped in the case,

19   so we can keep track of them with this numbering

20   system down here.  So this is PNC259.  What is

21   microfilm referring to here?

22       A    I -- I don't know.

23       Q    Okay.  And what are these account names

24   telling you from LIS, if you're looking at this

25   document?

1          A    That information right there, it's just

2     telling you the borrower and the co-borrower.

3          Q    What does a history card report show?

4          A    I don't know.

5          Q    Okay.  Is it fair to say you've never looked

6     at a history card report while you've been a

7     investigator --

8          A    That's correct.

9          Q    -- for -- okay.  How about a loan master

10    file display?

11         A    Don't know.

12         Q    How about Reg Z statements?

13         A    Never used any of those up here.

14         Q    And that includes second late notice

15    customer, or cust?

16         A    Never used that.

17         Q    Okay.  What will you look at within LIS?

18         A    Verifying the name on there, the address on

19    there, the ZIP code, state, the city, whether it's

20    open/closed account, the account number, and the

21    product, the type of account that it is, verification

22    purposes.

23         Q    Okay.  And how about documents within LIS?

24    You ever look at the documents shown in LIS?

25         A    Yes.

1    Q    What specific documents have you looked at

2    before?  I'm sorry.

3    A    Right-to-cure letters.

4    Q    What specific types of documents have you

5    looked at before in LIS?

6    A    Right-to-cure letters, to verify whether or

7    not the right-to-cure letter was sent out if there are

8    delinquencies.  Promissory notes to verify signatures,

9    names.  That UTL is in there as part of those

10   documents.  That's all I can remember at the time.

11   Q    And a UTL, what is that?

12   A    That's the form we just looked at, the

13   comments sheet, right.

14   Q    Good.  Stupid question.  All right.  So then

15   do you see the product section that I've called out?

16   A    Yes.

17   Q    What is an unsecured line of credit cash

18   reserve?

19   A    The only part I look at is the line of

20   credit.

21   Q    And if you're looking at a line of credit,

22   how do you determine who the borrower is on the line

23   of credit?

24   A    Depending the name, on the -- the agreement,

25   I'll call it that.

1     Q   Okay.  How about the search results and this

2  microfilm section we were talking about, is that --

3  look like it's from XNET?

4     A   That looks like LIS to me.

5     Q   Okay.  All right.  And does this page here,

6  which is PNC258 and lists two account holders, is that

7  look like it came from LIS?

8     A   Yes.

9     Q   Okay.  And where do you find an account

10  agreement within LIS?

11     A   Under imaging.

12     Q   Okay.  You see the tabs up here?  Business

13  activities, comments, etc.?

14     A   Yes.

15     Q   Is there normally an imaging tab that shows

16  up in that area?

17     A   Just looking at it from offhand, I -- I do

18  believe it's imaging, because that's -- that's

19  where -- this -- I use it every day.  Yeah, it's under

20  imaging.

21     Q   And that's a separate tab from documents?

22     A   Right.  That's right next to documents.

23     Q   And so here we go down and we say -- you see

24  we're back on 259, PNC259.  This imaging, do you see

25  that right there?

ERNEST LEE DUNCAN vs PNC BANK
AZEEM, MILTON on 11/29/2023

1        A    Yes.

2        Q    Okay.  And so you would click on the Imaging

3   tab, and then there would be certain account documents

4   shown to you?

5        A    Right.

6             MR. BERRY:  Drew, whenever you get to a good

7   spot, can we take a short bathroom break?

8             MR. SARRETT:  Oh, yeah.  We can break right

9   now.

10            THE WITNESS:  Okay.

11            MR. SARRETT:  Yep.

12            THE REPORTER:  Okay.  I will go off the

13   record.  It is 11:01 a.m. Eastern Standard Time.

14            (Off the record.)

15            THE REPORTER:  We are back on the record.

16   It is 11:05 a.m. Eastern Standard time.

17   BY MR. SARRETT:

18        Q    All right.  I'm going to show you another

19   document here.  This is going to be Exhibit 3.

20            (Exhibit 3 was marked for identification.)

21   BY MR. SARRETT:

22        Q    All right.  Have you ever seen this document

23   before now?

24        A    I've seen them, yes.

25        Q    When have you seen a consumer signature

1    line agreement?

2         A    Can't recall that I have.

3         Q    Okay.  If we go to back to Exhibit 2, you

4    see where I've called out product, unsecured line of

5    credit cash reserve?

6         A    Yes.

7         Q    Does this section here, which is at PNC258,

8    show the owners of this particular account?

9         A    Shows the borrower, co-borrower.

10        Q    Okay.  So these are the two borrowers on the

11   account is reflected in LIS?

12        A    Yes.

13        Q    Okay.  Will LIS show all borrowers on a

14   particular account?

15        A    Yes.

16        Q    Do you look at -- when you're investigating

17   a dispute that says, "This is not my account," will

18   you actually look at this section in LIS to see who

19   the borrowers are?

20        A    Yes.

21        Q    And if both borrower -- I mean, if the

22   person who says "The account is not mine" is listed in

23   this section, is that enough to verify their

24   responsibility for the account?

25        A    No.

```
 1       Q    Going back to Exhibit 5, do you see the
 2  compliance condition code here?
 3       A    I see it.
 4       Q    What is a compliance condition code?  Sorry.
 5  What is a compliance condition code?
 6       A    I don't remember offhand.
 7       Q    I'm sorry?
 8       A    I don't remember offhand.
 9       Q    Okay.
10       A    That could be a couple of different things.
11       Q    This is going to be Exhibit 8.
12            (Exhibit 8 was marked for identification.)
13  BY MR. SARRETT:
14       Q    Do you see the compliance condition code
15  that I've marked here on Exhibit 8?
16       A    Yes.
17       Q    Okay.  What does XH mean?
18       A    I don't know.
19       Q    Okay.  Were you ever given any training at
20  PNC about what compliance condition codes to use when
21  responding to a ACDV?
22       A    Don't remember.
23       Q    Okay.  And so if we go back to Exhibit 5 --
24  and if you need a minute, take -- you can look at it,
25  and I can scroll down -- I'd like you to tell me what
```

```
 1        Q    Okay.  And how would you verify from the
 2   system of record?
 3        A    By pulling each individual system of record
 4   up.
 5        Q    Would that include finding an account
 6   agreement?
 7        A    It may.
 8        Q    What happens if you get a dispute, the
 9   consumer says, "It's not mine," and you can't find any
10   account agreements signed by that consumer?
11             MR. BERRY:  Objection, speculation,
12   foundation.  Milton, you may answer.
13             THE WITNESS:  Check in the other system of
14   records.
15   BY MR. SARRETT:
16        Q    Okay.  I'll ask it another way.  When a
17   consumer -- well, did your training for investigating
18   a not-mine dispute require you to find a signed
19   account agreement by the disputing individual before
20   verifying that individual's responsibility for the
21   account?
22        A    Doesn't require me to.
23        Q    So does your training permit you to verify
24   account responsibility simply by looking at the
25   systems of record without finding a particular
```

1   agreement signed by that disputing individual?

2       A    That -- that question makes no sense to me.

3       Q    What?

4       A    That question doesn't make sense to me.

5       Q    Okay.  So you don't have to have an account

6   agreement.  If the consumer's name and other

7   identifying information are listed in the systems of

8   record as associated with the account, is that enough

9   to verify their responsibility for the account?

10          MR. BERRY:  Objection, speculation,

11  foundation.  Milton, you may answer.

12          THE WITNESS:  The agreement is something

13  that I use to verify.  Another part of -- of what we -

14  - the list as system of records.

15  BY MR. SARRETT:

16      Q    What agreement are you aware of that Mr.

17  Duncan, Jr., signed for the line of credit account?

18      A    I -- I don't know.

19      Q    Do you ever contact consumers when you're

20  investigating their disputes?

21      A    No.

22      Q    Were you trained -- well, were you ever told

23  not to contact consumers when investigating their

24  disputes?

25      A    No.

ERNEST LEE DUNCAN vs PNC BANK
AZEEM, MILTON on 11/29/2023

```
 1        Q    Okay.  Did anyone train you to contact
 2   consumers when investigating their disputes?
 3        A    No.
 4        Q    Do you ever use any resources outside of PNC
 5   when investigating -- well, I'll say it another way.
 6             Do you ever use any systems outside PNC
 7   systems of record when investigating consumer
 8   disputes?
 9        A    No.
10        Q    Okay.  All right.  This is going to be
11   Exhibit 9.
12             (Exhibit 9 was marked for identification.)
13   BY MR. SARRETT:
14        Q    This is a document produced in this case.
15   Have you ever seen this document before now?
16        A    No.
17        Q    Okay.  Do you remember participating in any
18   of the trainings reflected in this document?
19        A    I can barely see that.
20        Q    Need me to zoom in?  You see your name?
21        A    Yeah, I took those.
22        Q    Okay.  Do you see your original hire date?
23        A    Yes, I see it.
24        Q    Okay.  So were you originally hired by PNC
25   in 2005?
```

1      A    No.

2      Q    Okay.  When you're investigating disputes

3   here -- we're looking at Exhibit 8 -- do you always

4   look at the attached images?

5      A    If need be.

6      Q    Okay.  What would cause you to look at it --

7   it's actually an associated image.  How do you decide

8   whether or not to look at an associated image?

9      A    It differs per account.

10     Q    Well, can you identify when you would look

11  at an associated image for a line of credit account?

12     A    No, I can't.

13     Q    Did you receive any training about when to

14  look at associated images and when not to look at

15  them?

16     A    I can't recall that idea specifically.

17     Q    Okay.  And in this particular ACDV, Exhibit

18  8, do you see the dispute code?

19     A    Yes.

20     Q    What was your training for investigating

21  this type of dispute?

22     A    The same process as used with any other

23  ACDV, verifying the information.

24     Q    All right.  And is that the same for all

25  dispute codes?

1          A     Is what the same?

2          Q     The training you received, was it the same

3     for all dispute codes?

4          A     That question doesn't make sense to me.

5          Q     Were you trained to handle different dispute

6     codes differently?

7          A     Yeah.  Yes.

8          Q     Okay.  So what were you trained to do for a

9     101, not liable for account, dispute code?

10         A     There is no specific training to just that

11    dispute code.

12         Q     Okay.  Is there any specific training for

13    any specific dispute code?

14         A     No.

15               (Exhibit 10 was marked for identification.)

16    BY MR. SARRETT:

17         Q     This is Exhibit 10.  Did you take a training

18    course from Consumer Data Industry Association?

19         A     Repeat that again.

20         Q     Did you take a training course from the

21    Consumer Data Industry Association?

22         A     Yes.

23         Q     What do you recall about that training?

24         A     Nothing.

25         Q     Do you recall receiving a certificate?

ERNEST LEE DUNCAN vs PNC BANK
AZEEM, MILTON on 11/29/2023

```
 1        A    Yes.

 2             (Exhibit 11 was marked for identification.)

 3    BY MR. SARRETT:

 4        Q    Do you see Exhibit 11 that I've just marked?

 5        A    Repeat that again.

 6        Q    You see Exhibit 11 here?

 7        A    I see it.

 8        Q    Have you ever been provided a Fair Credit

 9    Reporting Act policy by anyone at PNC?

10        A    No.

11        Q    So you've never seen this document or any

12    similar document before today?

13        A    No.

14        Q    This is going to be Exhibit 12.

15             (Exhibit 12 was marked for identification.)

16    BY MR. SARRETT:

17        Q    Were you ever provided this document by

18    anyone at PNC?

19        A    No.

20        Q    Have you ever seen this document or any

21    similar document before today?

22        A    No.

23        Q    This is going to be Exhibit 13.

24             (Exhibit 13 was marked for identification.)

25    //
```

 1    BY MR. SARRETT:

 2        Q    Same questions.  Have you ever been provided

 3    this document by anyone at PNC?

 4        A    No.

 5        Q    Have you ever seen this document or any

 6    similar document before today?

 7        A    No.

 8             MR. SARRETT:  All right.  That's all I have.

 9             MR. BERRY:  All right.

10             THE REPORTER:  Any questions, Mr. Berry.

11             MR. BERRY:  I think I just have a handful of

12    follow-ups.  And then, Milton, you can be off the hot

13    seat.

14             Freya, do you need a break.  Are you good to

15    keep going?

16             THE REPORTER:  No.  I'm good.  Thank you.

17                         EXAMINATION

18    BY MR. BERRY:

19        Q    A minute ago, Attorney Sarrett had shown you

20    a certificate of completion related to your training

21    through the Consumer Data Industry Association.

22        A    Correct.

23        Q    I believe you told Drew that you didn't

24    remember the training you received for that, right?

25        A    Right.

# UTL ACCOUNT COMMENT LOG SHEET

**Date**: 4/1/2021

**Account**: ▮▮▮▮▮▮▮2944
**Maker**:   ERNEST L DUNCAN Junior
**Co-Maker**:
**Authorized User**: N/A

**Updated Account**   <u>  X  </u>

**Deleted Account** _____          **No Action Taken** _____

.

**COMMENT**:  <u>Recvd eoscar from </u>Ernest disp Belongs to another individual with the same/similar name. imgs show disp ltr disp the same. Revwd cacs, lis, xnet. Updtd demos, pymt rating, cond stat, port type, int type, terms,  date clsd, act pymt. Grid accur. acct pif. 0 bal. exp.

**COMPLIANCE CONDITION CODE USED**:

Letter Sent to Consumer:          Yes ___                    No <u>  X  </u>
(Please attach a copy of the letter)

<u>Name of Processor</u>:  Milton Azeem



PNC000257







**Return this dispute response to:**

Equifax
1550 Peachtree St NW/Atlanta,GA 30309

Control # : 999921395326930I0

FAX # :

FCRA Response Due Date: 06-10-2022

| | |
|---|---|
| Account Number: ████12944 | Response Date: 05-20-2022 |
| Subscriber Code: PNC/497BB23733 | Response Code: 23:Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: ERNEST | S | First Name: ERNEST |
| Middle Name: L | U | Middle Name: |
| Last Name: DUNCAN | S | Last Name: DUNCAN |
| Generation Code: Jr | S | Generation Code: Jr |
| Address: 9229 CRYSTAL RIVER DR,INDIANAPOLIS,IN,46240 | D | Address: 4656 ENGLISH OAK CT,MASON,OH,45040-2570 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: 4656 ENGLISH OAK CT,MASON,OH,45040 | U | Prev. Address: |
| SSN: ████-9978 | S | SSN: ████-9978 |
| DOB: ████-1954 | S | DOB: ████-1954 |
| Telephone Number: (513) 607-6515 | D | Telephone Number: (513) 386-7162 |
| 2nd Prev. Address: 6212 SAVANNAH AVE,CINCINNATI,OH,45224 | | |

Consumer States/Comments:

Dispute Code 1: 101:Not liable for account (e.g., ex-spouse, business). If liable, provide or confirm complete ID.

Dispute Code 2:

FCRA Relevant Information:

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 01 | | 02-23-1976 | $0 | | $904 | $1000 | |
| 13 | 0 | | | 02-23-1976 | $0 | $0 | $904 | $1000 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | | C | LOC | M | 02-24-2022 | 09-01-2020 | 09-01-2020 | | 2 | | |
| 15 | F | C | LOC | M | 09-11-2020 | 09-11-2020 | 09-11-2020 | $0 | 2 | | |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| XH | | | | | | | |
| XH | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | $38 | | |
| | | | $38 | | |

Remarks:

DF Contact #:

PNC000098

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |  |  |  |  |  |  |  |  | - |  | - | D |
| 2021 | D | D | D | 0 | D | D | D | D | D | D | D | D |
| 2020 | D | D | D | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2019 | 0 | 0 | E | E | E | E | E | E | E | E | E | E |
| 2018 | E | E | E | E | E | E | E | E | B | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |  |  |  |  |  |  |  |  | - | - | - | - |
| 2021 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2020 | - | - | - | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2019 | 0 | 0 | E | E | E | E | E | E | E | E | E | E |
| 2018 | E | E | E | E | E | E | E | E | E | E | E | E |
| 2017 | E | E | E | E | E | E | E | E | E | E | E | E |
| 2016 | E | E | E | E | E | E | E | E | E | E | E | E |
| 2015 | E | E | E | E | E | E | E | E |  |  |  |  |

---

**Associated Consumer 1**

Name:

Address:

SSN:                          DOB:

Telephone Number:

ECOA/Consumer Information Indicator:   /

**Associated Consumer 2**

Name:

Address:

SSN:                          DOB:

Telephone Number:

ECOA/Consumer Information Indicator:   /

**Images Information**

| Associated Images: | Yes | Image Access Indicators: | #1 | Yes | #2 | | #3 | | #4 | | #5 | |

Submitted By:  Milton Azeem               Tel#:  (412) 768-6476               Date:  05-20-2022

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.



PNC000102

PNC000103

that you need. Also, you may call or write me immediately if you need or will accept additional information to support my dispute.

Very truly yours,

Ernest L. Duncan

EXECUTED this __10TH__ day of __MAY__, 2022.

Ernest L. Duncan

STATE OF __Indiana__ §
COUNTY OF __Marion__ §

Before me, the undersigned Notary Public in and for the State of __Indiana__ on this day personally appeared Ernest L. Duncan, who being known to me and whose name is subscribed to the foregoing, acknowledged to me that he is duly authorized to execute said document in said capacity, that all matters therein are true, and that he executed the same as his personal act and deed, for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND and SEAL OF OFFICE this __10th__ day of __May__, 2022.

Notary Public:

Rocheal Gibson
Notary Public Seal State of Indiana
Marion County
Commission # NP638999
My Commission Expires 10/09/2029

PNC000105

**Ernest L. Duncan, Jr.**
**9229 Crystal River Drive**
**Indianapolis, IN 46240-6448**

May 10, 2022

*Certified Mail, Return Receipt Requested*

Equifax Information Services, LLC
P. O. Box 740241
Atlanta, GA 30374-0241

      RE:   Ernest L. Duncan
            Address: 9229 Crystal River Dr., Indianapolis, IN 46240-6448
            Social Security Number: ▮▮▮▮-9978
            Date of Birth: ▮▮1954

To Whom It May Concern:

After review of my credit report, I send this letter to formally dispute the following account that appears on my credit report as follows:

- PNC BANK #▮▮▮▮▮▮▮**** - You are incorrectly reporting an account on behalf of PNC Bank. I did not authorize this account, and have no responsibility for said account as it belonged to my deceased father and step-mother.

I have included a copy of my identification to verify my identity and address.

An attorney has provided me with this letter to formally dispute the inaccurate account information on my credit report. I demand that you investigate my credit file, and immediately delete the account from my credit report that I have noted above. When you have completed your investigation, please send me a copy of my credit report that shows the exact information that you would give to someone who was considering me for a loan.

Please forward a copy of this letter to your customers when you convey my dispute. If you are not willing to do so, please immediately provide me the names, addresses, and telephone numbers of the people you deal with at these companies so that I can send them a dispute myself.

Also, please call or email me immediately if you need or will accept additional information to support my dispute. My daytime phone number is 513-550-1596, and my email address is edunc2@gmail.com.

Before you continue to report any further information regarding this matter, please contact me at the above address or telephone number so that I can provide any other information

PNC000107



U.S. POSTAG
FCM LETTER
INDIANAPOLI
46236
MAY 10, 22
AMOUNT
$7.3
R2304W12171

1000

30374



LOPE TO THE RIGHT
D AT DOTTED LINE

**MAIL**®

Equifax Information Services, LLC
PO Box 740241
Atlanta, GA 30374-0241

RE

8412 0917          30374-024141

5\16\2022  00443898  071  0324

PNC000108

PNC000109

PNC000292



# Fair Credit Reporting Act ("FCRA") Policy

Reference #: COM-COM-040
Owner: Enterprise Compliance
Committee: Compliance Risk Committee
Last Updated: 8/30/2021

CONFIDENTIAL

Effective Date:  8/22/2020                                                                                            Renewal Date:  8/31/2022



# Fair Credit Reporting Act ("FCRA") Policy



## CONTENTS

1. OVERVIEW ........................................................................................................................... 2
   1.1. Applies To ............................................................................................................... 2
   1.2. Confidentiality ........................................................................................................ 2
   1.3. Overview and Purpose ........................................................................................... 2
2. OBTAINING AND USAGE OF CONSUMER REPORTS ....................................................... 2
3. CONSUMER REPORTING AGENCIES ............................................................................... 3
4. DISPUTES AND COMPLAINTS .......................................................................................... 4
5. PROVIDING INFORMATION ABOUT FRAUDULENT TRANSACTIONS TO VICTIMS ......... 5
6. NOTICES AND COMMUNICATIONS .................................................................................. 5
7. DATA SECURITY ................................................................................................................ 5
8. TRAINING ........................................................................................................................... 5
9. ENTERPRISE THIRD PARTY MANAGEMENT .................................................................... 5
10. MONITORING AND REPORTING ...................................................................................... 5
    10.1. Assessing Compliance ......................................................................................... 5
    10.2. Non-Compliance ................................................................................................... 5
    10.3. Exceptions ............................................................................................................ 5
11. REGULATIONS, LAWS & COMPANY PROGRAMS ........................................................... 6
12. GOVERNANCE OF THE FAIR CREDIT REPORTING ACT POLICY .................................. 6
    12.1. Policy Administration and Approval ...................................................................... 6
13. ROLES & RESPONSIBILITIES .......................................................................................... 6
    13.1. Risk Oversight ...................................................................................................... 6
    13.2. Lines of Defense ................................................................................................... 7
14. APPENDICES .................................................................................................................... 9
    APPENDIX 1.    DEFINITIONS ...................................................................................... 9
15. APPROVAL AND REVISION HISTORY ("CHANGE LOG") ............................................... 11

PNC000294



# Fair Credit Reporting Act ("FCRA") Policy



## 1. OVERVIEW

### 1.1. APPLIES TO

The Fair Credit Reporting Act ("FCRA") Policy ("Policy") applies to PNC businesses that obtain and use Consumer Reports for business and/or consumer purposes and/or that act as furnishers and transmitters of information to Consumer Reporting Agencies ("CRAs").

### 1.2. CONFIDENTIALITY

This Policy contains confidential and proprietary information intended for internal PNC use only. The contents are not to be disclosed to any outside parties, other than an attorney, auditor, or consultant hired by and representing PNC or regulatory authorities responsible for supervising PNC or a Subsidiary of PNC. Requests from all other outside parties should be referred to PNC Legal.

### 1.3. OVERVIEW AND PURPOSE

This Policy supports the Enterprise Compliance Risk Policy.  This Policy is further supported by the Enterprise Compliance Procedure.  This Policy requires PNC to comply with the requirements of the Fair Credit Reporting Act, implemented through Regulation V, the Fair and Accurate Credit Transactions Act, and related state Consumer Report statutes when applicable (hereafter collectively referred to as "FCRA").  These laws and regulations provide the legal framework for the use and protection of consumer credit information. The purpose of this Policy is to establish and define the standards to support compliance with these requirements.  This Policy represents the minimum requirements for compliance.  Lines of business and operating units must adopt Procedures to support compliance with this Policy. .

## 2. OBTAINING AND USAGE OF CONSUMER REPORTS

FCRA governs the access and use of Consumer Reports for individuals for both business and consumer purposes, including but not limited to commercial and consumer loans, leases, credit products and deposit products or services. Each Line of Business ("LOB") that obtains and/or uses Consumer Reports must develop and maintain Procedures and/or technology controls, as applicable to the LOB, that address:

- **Permissible Purpose**:  PNC requires that each LOB adheres to the permissible purpose requirements of FCRA ("Permissible Purpose") for obtaining an individual's Consumer Report; and that each LOB maintain an internal Procedure for the establishment of a Permissible Purpose for each activity being undertaken for which a Consumer Report is obtained. Additionally, It is PNC Policy that when a Consumer Report will be obtained in connection with an application for a credit product that the individual will  be notified that his or her Consumer Report(s) will be obtained by PNC in considering his or her application.

- **Managing Obtaining Consumer Reports:** PNC requires that each LOB implement governance and controls over granting and rescinding employee authority to obtain Consumer Reports through its internal procedures.

- **Type of Inquiry:** It is PNC Policy that each LOB maintain internal procedures and/or technology controls that determine the type of inquiry that is appropriate to the Permissible Purpose for which the Consumer Report is being obtained to avoid excessive use of credit inquiries that may negatively affect the consumer's credit score.

- **Alerts, Notifications and Warnings from Consumer Reporting Agencies ("CRAs"):** PNC requires LOBs that use Consumer Reports to maintain procedures to investigate potential Identity Theft alerts, such as, but not limited to, address discrepancy alerts, initial and extended fraud alerts, and active duty alerts as outlined in the Identity Theft Red Flags

Reference #:  COM-COM-040
Effective Date:  8/22/2020

CONFIDENTIAL
Page 2 of 11

Owner:  Enterprise Compliance
Committee: CRC



# Fair Credit Reporting Act ("FCRA") Policy



Program, prior to originating a new product, including the extension of new or additional credit. PNC may not sell, transfer for consideration, or place for collection a debt when PNC has been notified of Identity Theft as defined by FCRA.

- **Pre-Screening:** LOBs that pre-screen for the permissible purpose of making firm offers of credit will maintain internal procedures to ensure a firm offer of credit is made to each individual identified as having met the pre-screen criteria; that the credit criteria to qualify for the offer will be determined prior to the pre-screening; that the same criteria is applied when underwriting the application; and that the record retention requirements imposed by FCRA will be met.

- **Medical Information:** The federal financial institution regulatory agencies established rules relating to (1) the use of medical information by a creditor in making credit decisions and (2) the sharing of medical information between Affiliates and non-affiliates.

  Medical information pertaining to an individual may not be obtained or used in connection with any determination of the individual's eligibility, or continued eligibility, for credit or the terms on which credit is offered, except for cases as outlined in any supporting line of business policies.

  Additionally, medical information received about a consumer from a CRA or its Affiliate must not be disclosed to any other person, except as necessary to carry out the purpose for which the information was initially disclosed, or as otherwise permitted by statute, regulation or order.

- **Information Sharing Among Affiliates:**

  o Consumer Purpose Products: With respect to personally identifiable credit information obtained during the origination and servicing of a consumer purpose product, in accordance with the requirements of FCRA, PNC Policy permits sharing of such information between Affiliates if the individual consumer (a) has been notified that their credit information may be shared with an Affiliate and that they have the right to opt out of such sharing; and (b) they have been afforded an opportunity to opt out, unless an Exception applies. The notification, "What Does PNC Do With Your Personal Information," is governed by the Enterprise Privacy Program, and is disclosed to consumers in compliance with the requirements of Regulation P.

  o Business Purpose Products: With respect to personally identifiable consumer credit information obtained during the origination and servicing of a business purpose product, PNC Policy does not permit Affiliate sharing unless an applicant is applying for multiple products and/or services from more than one Affiliate as part of the same transaction. Otherwise:

    - Each Affiliate must obtain its own Consumer Report for individual borrowers and guarantors.
    - Experiential and transactional information about an individual borrower or guarantor obtained from an Affiliate may not be used for marketing.
    - Information about the business entity itself may be shared between Affiliates.

## 3. CONSUMER REPORTING AGENCIES

FCRA requirements involve ensuring the accuracy and integrity of the data that is placed in the consumer reporting system. Furnishers must establish and implement reasonable written policies and procedures regarding the accuracy and integrity of consumer information that it furnishes to a CRA.

- It is PNC Policy that each LOB that furnishes information about an individual to any CRA must develop and maintain procedures that address furnishing with accuracy and integrity in accordance with the Interagency Guidelines Concerning the Accuracy and Integrity of Information Furnished to Consumer Reporting Agencies. For information that is furnished to CRAs about consumer credit accounts, the information will be furnished with the Consumer Data Industry Association Guidelines ("METRO 2") as guidance. For information that is furnished to CRAs about deposit accounts, PNC will furnish the information in accordance with the guidelines of the CRA to which it furnishes. If PNC determines that information reported to the CRAs is not complete or accurate, PNC shall promptly notify the CRAs of that determination and provide

PNC000296



# Fair Credit Reporting Act ("FCRA") Policy



to the agencies any corrections to that information, or any additional information, that is necessary to make the information complete and accurate. PNC shall not thereafter furnish to the CRAs any of the information that remains not complete or accurate.

- It is PNC Policy to report information required by FCRA to the CRAs to which PNC furnishes such information. This includes, but is not limited to, customer Disputes regarding the accuracy of the information furnished; if a customer has closed an account; and the date of first delinquency when applicable.

- If a consumer submits an Identity Theft Report to PNC stating that information maintained by PNC that purports to relate to the consumer resulted from identity theft, PNC may not furnish such information that purports to relate to the consumer to any CRA, unless PNC subsequently knows or is informed by the consumer that the information is correct.

- Consumer credit information or other information on consumers may be furnished to industry recognized CRAs, for example:
    - TransUnion
    - Equifax
    - Experian
    - Innovis
    - Early Warning Systems
    - ChexSystems

- Each LOB that furnishes consumer credit information or other information to a CRA shall maintain compliance controls to monitor for the accuracy and integrity of the information being furnished to the CRAs.

## 4.  DISPUTES AND COMPLAINTS

PNC will thoroughly investigate and respond timely to individual consumer Disputes and complaints as to the accuracy and completeness of the consumer credit information that PNC is furnishing to the CRAs. "Disputes" that meet the FCRA definition of a Dispute will be reported to the CRAs that the information being furnished is disputed. If an investigation finds that the information reported was inaccurate, PNC will notify CRAs of investigation findings and any correction(s) necessary to make the information provided accurate.

- Receipt Channels: Disputes may be received through e-Oscar, CRAs, or directly from the individual by written correspondence sent to the PO Box designated by PNC for this purpose.

- Response: Each Dispute will be investigated and responded to within statutory time frames. For Disputes received in writing directly from the consumer, responses will be made in writing. For Disputes received indirectly from the CRA, responses will be made by the method required or agreed to by the applicable CRA. Each LOB that furnishes consumer credit information to the CRAs will participate in the investigation and determination of the merits of a Dispute when requested to do so by the Credit Bureau Investigations team.  All Disputes will be investigated and a determination made as soon as reasonably possible, but no later than within 30 days of receipt of the Dispute by PNC, or, in the case of a Dispute received individually from CRAs to which PNC furnishes, no later than the response due date assigned by the CRA.

- Consumer complaints: Consumer complaints about the accuracy of the consumer credit information being furnished by PNC to the CRAs that do not meet the definition of a Dispute will be promptly reviewed, escalated as needed and responded to. Further, for any type of consumer complaint, the resolution of which would affect the accuracy and integrity of information that has been furnished to the CRAs, the area responsible for responding to consumer complaints will promptly notify the Credit Bureau Investigations team which will promptly provide corrections or additional information to the CRAs as appropriate.

PNC000297



# Fair Credit Reporting Act ("FCRA") Policy



## 5. PROVIDING INFORMATION ABOUT FRAUDULENT TRANSACTIONS TO VICTIMS

Each LOB shall maintain procedures for managing requests from victims of identity theft for documentation about fraudulent transactions.The procedures will include requirements for verification of identity and the claim of identity theft. Any information provided to such victims and/or law enforcement shall be free of charge and provided no later than 30 days of receipt of a written request from the victim.

## 6. NOTICES AND COMMUNICATIONS

**Notices and Communications**: All notices and communications to individuals must be provided as required in the FCRA, including but not limited to:

- o   Pre-screen & Opt-Out Notices.
- o   Credit Score Disclosure Exception Notice
- o   Notice to Home Loan Applicant (when applicable)
- o   A "Notification of Action Taken"
- o   A "Notice of Negative Information Reporting"
- o   Affiliate Marketing Notice (included in PNC Enterprise Privacy Policy)

## 7. DATA SECURITY

**Data Security**: PNC views all personally identified Consumer Reports data as sensitive information and it is subject to the requirements set forth in the Information Security Supporting Policy, as it relates to the privacy, security and disposal of such data requirements.

## 8. TRAINING

Training on the FCRA is conducted in accordance with protocols established by PNC University.

## 9. ENTERPRISE THIRD PARTY MANAGEMENT

PNC may engage Third Party suppliers in the performance of any activities and services supporting compliance with FCRA. PNC is responsible for overall oversight, monitoring and overall supplier execution in accordance with PNC's Enterprise Third Party Management Policy.

## 10. MONITORING AND REPORTING

### 10.1. ASSESSING COMPLIANCE

Assessing Compliance with this Policy is described in the "Assessing Compliance" section of the Enterprise Compliance Risk Policy.

### 10.2. NON-COMPLIANCE

Non-Compliance with this Policy is described in the "Non-Compliance" section of the Enterprise Compliance Risk Policy.

### 10.3. EXCEPTIONS

PNC000298

 Fair Credit Reporting Act ("FCRA") Policy 

The Exception process for this Policy is documented in accordance with the Exceptions Section of the Enterprise Compliance Risk Policy.

## 11. REGULATIONS, LAWS & COMPANY PROGRAMS

- Fair Credit Reporting Act (15 U.S.C. Secs. 1681–1681x), implemented through Regulation V and all associated regulations, as amended from time to time.
- Fair and Accurate Credit Transactions Act (FACT Act) (Pub. L. No. 108-159, 117 Stat. 1952 codified to 15 U.S.C. §§ 1681-1681x).
- Interagency Guidelines Concerning The Accuracy and Integrity of Information Furnished to Consumer Reporting Agencies (12 CFR Appendix E to Part 1022).

## 12. GOVERNANCE OF THE FAIR CREDIT REPORTING ACT POLICY

This section defines PNC's governance structure for the approval and oversight of this Policy.  As PNC adapts to a changing business environment and other internal and external factors, amendments, additions and deletions to the Policy may be deemed appropriate.

### 12.1. POLICY ADMINISTRATION AND APPROVAL

Enterprise Compliance is  responsible for administering and maintaining the content of this Policy.  CRC reviews and formally approves this Policy  at least biennially,  or at their discretion more frequently.

Biennial approval of this Policy must follow the applicable governance structure as follows: The Compliance Risk Committee ("CRC").

Intra-year material changes must follow the applicable governance structure as follows: CRC

The ERM Policy Team has the authority, with the concurrence of the  Enterprise Compliance to publish non-material changes to this Policy.

## 13. ROLES & RESPONSIBILITIES

### 13.1. RISK OVERSIGHT

- **Compliance Risk Committee ("CRC")**

  CRC oversees compliance, fiduciary, and anti-money laundering risk management programs and strategies across PNC. CRC ensures that the risk management of these programs is appropriate and in alignment with the risk exposure and PNC's enterprise risk management program, as discussed in the Enterprise Risk Management (ERM) Framework Policy. The CRC is responsible for reviewing and approving this Policy.

- **Enterprise Compliance**

  Enterprise Compliance maintains expertise on regulatory compliance topics, advises senior management on compliance regulatory requirements, identifies, documents and assesses the compliance risks associated with the banks business activities, monitors regulatory change and provides guidance to Front Line and functional areas on regulatory compliance requirements that have business specific or enterprise-wide impact; monitors business activities related to compliance risk, provides critical challenge to LOBs, and participates in LOB risk committees

Reference #:  COM-COM-040
Effective Date:  8/22/2020

Owner:  Enterprise Compliance
Committee: CRC

CONFIDENTIAL
Page 6 of 11

PNC000299



# Fair Credit Reporting Act ("FCRA") Policy



- **Independent Risk Management ("IRM")**

  IRM oversees risk management and establishes standards at the enterprise level to support the LOBs and Support Areas in meeting their responsibilities for managing risk. IRM is independent from the first line of defense and is responsible for identifying, measuring, monitoring, and managing aggregate risks.

- **ERM Policy Team**

  ERM Policy Team, as part of 2LOD, is responsible to review and challenge whether applicable Policies, including this Policy, meet requirements of the Policy and Procedure Framework Policy.

- **PNC Employees**

  PNC Employees must have an awareness of risk and how to effectively manage it. This includes understanding and implementing risk management processes and following established standards where appropriate; reporting loss events or suspicious activities; and identifying, measuring and monitoring risk in their respective areas.

## 13.2. LINES OF DEFENSE

Each line of defense is responsible for ensuring compliance with this Policy as detailed below:

- **First Line of Defense (Businesses):**

  As the first line of defense for compliance with this Policy, businesses will be held accountable to adopt procedures and put in place operational processes to comply with the requirements of this Policy. The businesses are accountable for identifying, owning and managing risks to within acceptable levels while adhering to the risk management framework established by IRM. The businesses must implement effective internal controls and maintain processes for identifying, assessing, controlling and mitigating the risks associated with their activities consistent with the banks Risk Appetite and risk limits.

- **Second Line of Defense Enterprise Compliance and Enterprise Testing Services:**

  As the second line of defense for compliance with this Policy, Enterprise Compliance shall provide support to the businesses, as detailed in the Enterprise Compliance Procedures, to help the businesses manage their compliance risks related to the regulation. Additionally, Compliance will conduct appropriate monitoring and report any Exceptions or Issues to the businesses and/or senior management, according to established risk reporting Procedures. IRM Compliance Testing complements the activities performed by Enterprise Compliance. The IRM Compliance Testing Team assists in the effective management and evaluation of compliance risk through the development and execution of risk based testing designed to assess the effectiveness of PNC's policies, procedures, controls, and/or quality assurance activities in identified areas. For 2LOD owned Policies and Programs, Risk Areas are responsible to implement processes to assess and report on applicable areas' compliance as required by the Policy and Procedure Framework Policy.

- **Third Line of Defense (Internal Audit):**

  Internal Audit, as the third line of defense, is independent from the first and second lines of defense. Internal Audit develops and executes a risk based Audit Plan to provide assurance to the Audit Committee of the Board of Directors and management as to the adequacy and effectiveness of PNC's risk management, control, and governance processes. This includes assessing the effectiveness of policies, procedures and processes governing the risk management activities of the first and second lines of defense.

Reference #: COM-COM-040
Effective Date: 8/22/2020

Owner: Enterprise Compliance
Committee: CRC

CONFIDENTIAL
Page 7 of 11

PNC000300

 Fair Credit Reporting Act ("FCRA") Policy 

Reference #:  COM-COM-040
Effective Date:  8/22/2020

Owner:  Enterprise Compliance
Committee: CRC

CONFIDENTIAL
Page 8 of 11

PNC000301



# Fair Credit Reporting Act ("FCRA") Policy



## 14. APPENDICES

### Appendix 1.    DEFINITIONS

**Consumer Report**: The term "Consumer Report" means any written, oral, or other communication of any information by a Consumer Reporting Agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for—

    **(A)**
    credit or insurance to be used primarily for personal, family, or household purposes;
    **(B)**
    employment purposes; or
    **(C)**
    any other purpose authorized under Section 1681b of this title (Permissible Purposes of Consumer Reports).

**Consumer Reporting Agency**: The term "Consumer Reporting Agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing Consumer Reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing Consumer Reports.

**Dispute:** A Dispute is the assertion by an individual for whom consumer credit information has been furnished to a CRA by PNC that the information furnished is inaccurate or incomplete and: 1) The assertion is directed to the address specified by PNC for such notices of dispute; and 2) The assertion provides sufficient information to identify the account that is in dispute; and 3) The assertion identifies the specific information that is being disputed; explains the basis for the dispute; and includes all supporting documentation that is required by PNC to substantiate the basis for the dispute; and 4) The specific information that is being disputed pertains to: a) The consumer's liability for a credit account or other debt with PNC; b) The terms of a credit account or other debt with PNC; c) The consumer's performance or other conduct concerning an account with PNC; d) Any other information contained in a consumer report regarding an account with PNC that bears on the consumer's creditworthiness, credit standing, or credit capacity; or 5) The assertion is directed to a CRA and is delivered to PNC via e-OSCAR as an Automated Consumer Dispute Verification (ACDV) form. Disputes do not include assertions that: 1) Are directed to an address other than the address specified by PNC for such notices of dispute; or 2) Fail to provide sufficient information to investigate the disputed information; or 3) Are substantially the same as a previously submitted dispute for which PNC has already completed a thorough investigation; or 4) Relate to: a) The consumer's identifying information (other than a dispute relating to a consumer's liability for a debt); b) The identity of past or present employers; c) Inquiries or requests for a consumer report; d) Information derived from public records (unless such information was furnished by PNC); e) Information related to fraud alerts or active duty alerts; or f) Information provided to a CRA by another furnisher; or 5) Is reasonably believed by PNC to have been submitted by, prepared on behalf of the consumer by, or submitted on a form supplied to a consumer by a credit repair organization.

**Investigative Consumer Report**: The term "Investigative Consumer Report" means a Consumer Report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with others with whom he is acquainted or who may have knowledge concerning any such items of information. However, such information shall not include specific factual information on a consumer's credit record obtained directly from a creditor of the consumer or from a Consumer Reporting Agency when such information was obtained directly from a creditor of the consumer or from the consumer.

**Permissible Purpose**: In general, subject to subsection (c), any Consumer Reporting Agency may furnish a Consumer Report under the following circumstances and no other:

- In accordance with the written instructions of the consumer to whom it relates.
- In response to a court order or Federal Grand Jury subpoena.
- To a person which it has reason to believe—

Reference #:  COM-COM-040
Effective Date:  8/22/2020

Owner:  Enterprise Compliance
Committee: CRC

CONFIDENTIAL
Page 9 of 11

PNC000302

 Fair Credit Reporting Act ("FCRA") Policy    

**(A)** intends to use the information in connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer; or

**(B)** intends to use the information for employment purposes; or

**(C)** intends to use the information in connection with the underwriting of insurance involving the consumer; or

**(D)** intends to use the information in connection with a determination of the consumer's eligibility for a license or other benefit granted by a governmental instrumentality required by law to consider an applicant's financial responsibility or status; or

**(E)** intends to use the information, as a potential investor or servicer, or current insurer, in connection with a valuation of, or an assessment of the credit or prepayment risks associated with, an existing credit obligation; or

**(F)** otherwise has a legitimate business need for the information—

**(i)** in connection with a business transaction that is initiated by the consumer; or

**(ii)** to review an account to determine whether the consumer continues to meet the terms of the account.

**Identity Theft**: The term "identity theft" means a fraud committed or attempted using the identifying information of another person without authority.

**Identity Theft Report**: The term "identity theft report" means a report— (1) That alleges identity theft with as much specificity as the consumer can provide; (2) That is a copy of an official, valid report filed by the consumer with a Federal, State, or local law enforcement agency, including the United States Postal Inspection Service, the filing of which subjects the person filing the report to criminal penalties relating to the filing of false information, if, in fact, the information in the report is false; and (3) That may include additional information or documentation that an information furnisher or Consumer Reporting Agency reasonably requests for the purpose of determining the validity of the alleged identity theft.

Reference #:  COM-COM-040
Effective Date:  8/22/2020

Owner:  Enterprise Compliance
Committee: CRC

CONFIDENTIAL
Page 10 of 11

PNC000303

 # Fair Credit Reporting Act ("FCRA") Policy 

## 15. APPROVAL AND REVISION HISTORY ("CHANGE LOG")

See table below for a quick view of recent changes that have taken place to this Policy since the last renewal.

Policy Changes:

| Effective Date/Last Updated | Section | Description of Change | Requested /Approved By | Approval Date | Material Change |
|---|---|---|---|---|---|
| 8/22/20 | All | 2020 Review/Renewal performed | Enterprise Compliance/CFAMRLC | 8/13/20 | Yes |
| 8/22/20 | All | Updated document and glossary links throughout | Enterprise Compliance/CFAMRLC | 8/13/20 | No |
| 8/22/20 | 1.3. | Added reference to Enterprise Compliance Procedure and moved Enterprise Compliance Policy sentence to align with ERM framework | Enterprise Compliance/CFAMRLC | 8/13/20 | No |
| 8/22/20 | 12.1, 12.2 | Policy Administration and Approval was combined into a single section and follows the supporting policy template. | Enterprise Compliance/CFAMRLC | 8/13/20 | No |
| 8/22/20 | 13.1 | Updated CFAMLRC and Enterprise Compliance descriptions | Enterprise Compliance/CFAMRLC | 8/13/20 | No |
| 3/28/2021 | All | Changed CFAMLRC to Compliance Risk Committee ("CRC") as an approved update to the Committee's name. | ERM Policy Team | 3/28/2021 | No |
| 8/30/2021 | All | Updated Document Title to identically reflect Document Title in PPM | ERM Policy Team | 8/30/2021 | No |

Reference #:  COM-COM-040
Effective Date:  8/22/2020

Owner:  Enterprise Compliance
Committee: CRC

CONFIDENTIAL
Page 11 of 11

# Responding to Direct and Indirect Disputes



## Overview

This procedure provides the steps needed to complete the response process to credit bureau disputes for both Indirect and Direct Disputes. Included are the steps to use the Atlas Prefill option if applicable.  This is the last step in the dispute process and is to be completed on all accounts in which a customer has disputed information on his/her credit report. Upon making a determination on a dispute, a response or notification will be sent within five business days or less.

This procedure contains confidential and proprietary information intended for internal PNC use only. The contents are not to be disclosed to outside parties other than PNC's affiliates, attorneys, external auditors, consultants, and regulatory authorities. Requests from other outside parties should be referred to PNC's Legal Department.

Employees who are responsible for the procedure must abide by and complete all steps/requirements set forth in this document.

Links to procedures and websites referenced throughout this document can be found in the *References* section.

Successful completion of this procedure requires the Credit Bureau Investigations Analyst to have access and working knowledge of the following:

- eOSCAR
- Innovis Web

## Table of Contents

This document contains the following sections:

*Responding to an ACDV* ................................................................................... 2
*Creating a Manual AUD* ................................................................................... 3
*Creating an Automated AUD* ............................................................................ 4
*Completing a Work-in-Progress AUD* ................................................................ 6
*Appendix A: ACDV Response Codes* .................................................................. 7
*Appendix B: AUD Account Information Fields* ..................................................... 9
*Definitions* ..................................................................................................... 11
*References* ..................................................................................................... 12
*References to Governing Policies* ..................................................................... 12
*References to Related Procedures* .................................................................... 12
*Other References* ........................................................................................... 12
*Investor/Insurer Groups* ................................................................................. 12

CONFIDENTIAL                                    PNC000279

# Responding to Direct and Indirect Disputes



## Responding to an ACDV

Follow these steps to respond to an ACDV once the credit bureau dispute investigation is complete.

| Step | Instruction |
|------|-------------|
| 1 | Log into e-OSCAR® with a User ID assigned the ACDV Responder role. |
| 2 | Click **ACDVs** in the top navigation menu. |
| 3 | Click **Respond To ACDV**. |
| 4 | Click **View** next to the desired queue. The first ACDV in the queue displays.<br>**Note**:<br>If ACDV Grouping is activated and there are multiple ACDVs in the queue with the same ACDV Grouping Criteria, a message displays to indicate that there are other ACDVs in the queue with the same grouping criteria. These ACDVs are locked so that you can respond to each of them individually and consecutively. Any remaining ACDVs in the group will be unlocked when you log out.<br>ACDVs within the queue may be grouped by:<br>• Response Due Date and Account Number<br>• Account Number<br>• Response Due Date and SSN<br>• SSN |
| 5 | Note the **Response Due Date** in the header. This is the date by which you must respond to the ACDV. |
| 6 | Review the **Dispute Code**(s) and the **FCRA Relevant Information** in the header of the ACDV to determine why the consumer has disputed the account. |

CONFIDENTIAL

# *Responding to Direct and Indirect Disputes*



| Step | Instruction |
|------|-------------|
| 7 | Review the **Trade Line Preview** page for an overview of what was reported on the account.<br><br>**Notes**:<br>• To print the dispute, click **Print**.<br>• To research the dispute further before submitting a response, click **Save and Exit**. Upon returning to e-OSCAR® the ACDV is listed in the **My ACDVs** screen (if you were the last user to "touch" the ACDV) and/or the **ACDV WIP List** screen. Follow the steps for Responding to a Work-inProgress ACDV. |
| **Step** | **Instruction** |
| 8 | Review each screen and complete the applicable fields based on the research results. See page 2 for additional information on each screen.<br>**Note**:<br>Click **Continue** or **Back** to navigate between pages and to save entered information. |
| 9 | Select the appropriate **Response Code**. |
| 10 | Review your responses on the **Summary of Respons**e page and click **Submit**. |
| 11 | Review the verification verbiage and select one of the three "Confirm" options to submit the ACDV response. |

## Creating a Manual AUD

Follow these steps to create and submit an AUD once a direct dispute review is completed.

| Step | Instruction |
|------|-------------|
| 1 | Log into e-OSCAR® with a User ID assigned the ACDV Responder role. |
| 2 | Click **Process AUD**. |

CONFIDENTIAL

# *Responding to Direct and Indirect Disputes*

 PNC

| Step | Instruction |
|---|---|
| 3 | Click **Create AUD**. |
| 4 | Select the appropriate **AUD Correction Indicator**. |
| 5 | Select the subscriber code(s) associated with the account for each Consumer Reporting Agency that the AUD should be sent to for processing. |
| 6 | Complete the appropriate fields on the following screens:<br>• **Consumer Information**<br>• **Account Information**<br>• **Associated Consumer Information**<br>Click **Continue** or **Back** as you navigate between the screens to save your information.<br>**Note**:<br>If you receive error messages, make corrections in the appropriate fields. |
| **Step** | **Instruction** |
| 7 | Review the information that has been entered in the AUD screens and click **Submit** to submit the AUD to the CRA.<br>**Note**:<br>If you do not want to submit the AUD, click **Save and Exit**. When you are ready to access and continue working on the AUD, follow the steps for a Workin-Progress AUD. |
| 8 | Review the verification verbiage and click **Confirm** to confirm your intent to submit the AUD to the CRA. The screen display:  **The AUD has been submitted successfully**. |

## Creating an Automated AUD

Follow these steps to respond to an ACDV, using the Atlas Prefill option, once the credit bureau dispute investigation is complete.

| Step | Instruction |
|---|---|

CONFIDENTIAL

# *Responding to Direct and Indirect Disputes*



| | |
|---|---|
| 1 | Log into Innovis Web. |
| 2 | Log into e-OSCAR® with a User ID assigned the ACDV Responder role. |
| 3 | Click **Process AUD**. |
| 4 | Click **Create AUD**. |
| 5 | In the **Atlas Autofill Search** window, type the full account number and click **Search**. A dialog box displays all customers associated with the loan.<br><br>**Notes**:<br>• For Home Equity Accounts, the account number must start with 433 and then the 10 digit account number.<br>• For Non-Home Equity use the full account number which is usually 16 digits. |
| 6 | Click the radio button for the appropriate customer the dispute is received from. |
| 7 | Click **Proceed with AUD**. |
| 8 | Select the appropriate **AUD Correction Indicator**. |
| 9 | Click the **Account Information** tab. |

| Step | Instruction |
|---|---|
| 10 | Click **Autofill** at the top of the page. This populates the fields with the last reported Metro 2 information or the information provided on the last submitted AUD (if applicable). |
| 11 | Update any needed information based on **Dispute Review**. |

CONFIDENTIAL

PNC000283

# *Responding to Direct and Indirect Disputes*



| 12 | Do one of the following: <br>• If the Associated Borrower requires update, proceed to the next step. <br>• If there is no Associated Borrower or the Associated Borrower does not require an update, proceed to Step 15. |
|---|---|
| 13 | Click the **Associated Borrower** tab. |
| 14 | Click **Autofill**. |
| 15 | Review the information that has been entered in the AUD screens. |
| 16 | Click **Submit** to submit the AUD to the CRA. <br>**Note**: <br>If you do not want to submit the AUD, click **Save and Exit**. When you are ready to access and continue working on the AUD, follow the steps for a Workin-Progress AUD. |
| 17 | Review the verification verbiage and click **Confirm** to confirm your intent to submit the AUD to the CRA. The screen display:  **The AUD has been submitted successfully**. |

## Completing a Work-in-Progress AUD

Follow these steps to complete a previously started AUD.

| Step | Instruction |
|---|---|
| 1 | Log into e-OSCAR® with a User ID assigned the ACDV Responder role. |
| 2 | Click **Process AUD**. |
| 3 | Click **WIP AUD**. A list of in-process AUDs displays. |
| 4 | Click **View** next to the AUD you want to work on. |

CONFIDENTIAL                PNC000284

# Responding to Direct and Indirect Disputes



| Step | Instruction |
|---|---|
| 5 | Select the appropriate **AUD Correction Indicator**. |
| 6 | Select the subscriber code(s) associated with the account for each Consumer Reporting Agency that the AUD should be sent to for processing. |
| 7 | Complete the appropriate fields on the following screens:<br>• **Consumer Information**<br>• **Account Information**<br>• **Associated Consumer Information**<br>Click **Continue** or **Back** as you navigate between the screens to save your information. **Note**:<br>If you receive error messages, make corrections in the appropriate fields. |
| 8 | Review the information that has been entered in the AUD screens and click **Submit** to submit the AUD to the CRA.<br>**Note**:<br>If you do not want to submit the AUD, click **Save and Exit**. When you are ready to access and continue working on the AUD, follow the steps for a Workin-Progress AUD. |
| 9 | Review the verification verbiage and click **Confirm** to confirm your intent to submit the AUD to the CRA. The screen display:  **The AUD has been submitted successfully**. |

## Appendix A: ACDV Response Codes

| Response Code | Definition |
|---|---|

CONFIDENTIAL

PNC000285

# *Responding to Direct and Indirect Disputes*



| Response Code | Definition |
|---|---|
| ACCOUNT INFORMATION ACCURATE AS OF DATE REPORTED | The account is accurately reported and there are no changes necessary.  This response cannot be used if account information has been updated on the Account Information page. |
| UPDATED DISPUTED ACCOUNT INFORMATION ONLY | Data was entered in the disputed information response field(s) |
| **Response Code** | **Definition** |
| UPDATED DISPUTED ACCOUNT INFORMATION. ADDITIONAL ACCOUNT INFORMATION   WAS ALSO UPDATED. | Data was entered in the disputed information AND other account information fields. |
| DISPUTED INFORMATION ACCURATE. UPDATED ACCOUNT INFORMATION UNREALTED TO THE DISPUTE | Data was not entered in the disputed information field(s) BUT data was entered in other account information fields |
| CONSUMER DISPUTE NOT SPECIFIC. CONSUMER INFORMATION VERIFIED. ACCOUNT INFORMATION UPDATED | The consumer has not clearly indicated what account information is disputed OR has provided conflicting information about the disputed account AND the Data Furnisher changed account information |
| DELETE | This response will be chosen if the account is closed over seven years ago, an account that specialist cannot find in our system or this account does not belong to the customer making the dispute. These cases there is no fraud situation, they are due to a bureau identification error. For situations involving fraud, please see DELETE DUE TO FRAUD. |

CONFIDENTIAL

## *Responding to Direct and Indirect Disputes*



| | |
|---|---|
| MISROUTED ACDV | This response will be chosen if the account is not a PNC |
| DELETE DUE TO FRAUD | This response will be chosen if the account has been deemed a true fraudulent account and is being removed from the disputing customer's bureau. |

## Appendix B: AUD Account Information Fields

| Field | Definition |
|---|---|
| Account Status | The current status of the account i.e. paid/closed, account 30 days past due, etc. |
| Payment rating | Captures the status of the account prior to the account status being reported but within the activity period being reported. If the account is paid/closed specialist must choose 0: current account option. |

| Field | Definition |
|---|---|
| Account number | Account Number of the account in dispute |
| Special Comment Codes | Special comments are often used to further explain the status or condition of the account.  For example, Account status reads paid in full was a charge off. Specialist will want to add a special comment AU where it was agreed that the account was paid in full for less than the full balance. Note that many special comment codes are specific to the account type. |
| Compliance Condition Codes | The most commonly used are XB – to place the account in dispute, XH–account previously in dispute, XA – Account closed at  consumers' request, and XR – To remove the most recently reported condition code |

CONFIDENTIAL

# *Responding to Direct and Indirect Disputes*



| Portfolio type | Indicates the type of account i.e. installment, line of credit, and revolving. |
|---|---|
| Account type | Further indicates the account type i.e. auto, home equity etc. |
| Terms Duration | If the account is an installment specialist will enter the term in this field. "LOC" can be entered for Lines of Credit and "REV" can be entered for credit cards/revolving lines |
| Terms frequency | Frequency for when payments are due, for ex. monthly |
| Date opened | Date the account was opened |
| Date of account information | See e-Oscar's screen help feature for Date of Account Information matrix. |
| Date of last payment & Date account closed | Date of last payment made to the account and date the account was closed (If applicable) |
| FCRA date of first delinquency (DOFD) | This is the date of the first delinquency that led to the status of the account being reported such as charged off, in bankruptcy, or over 30 days past due. If the account becomes current then the DOFD must be zero filled.  If the account goes delinquent again, the DOFD starts over with the new first delinquency date. |
| Current balance | Current balance on the account |
| **Field** | **Definition** |
| Amount past due | Current amount past due (if applicable) |
| Credit limit | For Line of Credit and Credit Card, this will be the credit limit available to the customer. For Installment Loans, this will be blank |

CONFIDENTIAL

# Responding to Direct and Indirect Disputes



| High credit/Original Loan Amount | For Line of Credit and Credit card, this will be the highest balance reached by the customer.<br><br>For Installment Loans this will be the amount the loan was originated for. |
|---|---|
| Original charge-off amount | If the account is charged off, the actual amount that charged off. |
| Scheduled monthly payment | The total amount of the payment due |
| Actual payment | The amount of the customer's last payment. |
| Account history | If specialist is making a change to the account history, provide the complete history including any changes specialist intends to make. Do not provide only the months specialist wishes to change. ENTER THE **ENTIRE** PAYMENT HISTORY (or as far back as is known) INTO THE AUD GRID. The grid should start at the DATE OF ACCOUNT INFORMATION and go back as far as possible/known. . If not known, enter D's where information not available. |

## Definitions

The following terms and acronyms have been used in this document.

| Term | Definition |
|---|---|
| Automated Consumer Dispute Verification (ACDV) | A consumer dispute that is routed to a Data Furnisher (DF) from a Consumer Reporting Agency (CRA) via e-OSCAR®. |
| Automated Universal Data (AUD) | An automated process for handling out-of-cycle account update or delete requests from Data Furnishers (DF). |

CONFIDENTIAL

# Responding to Direct and Indirect Disputes



## References

This section contains references to governing policies and related procedures.

### References to Governing Policies

No applicable policy references exist for these procedures.

### References to Related Procedures

No applicable procedure references exist for these procedures.

### Other References

No additional references exist for these procedures.

## Investor/Insurer Groups

This document applies to the following Investor/Insurer group(s):

| Y/N | Investor/Insurer Groups |
|-----|-------------------------|
|     | FNMA |
|     | FHLMC |
|     | FHA/HUD |
|     | Private |
|     | Bank Owned |
|     | VA |
|     | USDA |
| Y   | All Investor/Insurers |
|     | Other _____ |

CONFIDENTIAL

# Responding to Direct and Indirect Disputes



*Page*

CONFIDENTIAL                                        PNC000291