IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division

ERNEST LEE DUNCAN, JR.,

        Plaintiff,

v.                                      Civil Action No. 2:22-cv-01717-PLD

PNC BANK, N.A. et al.,

        Defendants.

**APPENDIX OF EXHIBITS TO 1) PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT EXPERIAN'S MOTION TO VACATE ARBITRATION AWARD; AND 2) PLAINTIFF'S RESPONSE TO EXPERIAN'S FACTUAL ASSERTIONS IN ITS BRIEF IN SUPPORT OF ITS MOTION TO VACATE, ETC.**

| Exhibit No. | Description |
|---|---|
| 1. | Experian Webpage: Check Your Free Credit Report from Experian |
| 2. | JAMS Biography of Arbitrator Linda Singer |
| 3. | Experian Publication Re: Its "Arbitration Program" |
| 4. | Hr'g. Tr. pp. 1, 7-20, 25-26, 29-34, 36-37, 40-42, 45-54, 57, 61-62, 64-66, 87-89, 114, 120-121, 143-145, 179-249, 262-264, 269-272, 319-322, 332-334 |
| 5. | Arbitration Award |
| 6. | J-75 |
| 7. | J-40 |
| 8. | J-41 |
| 9. | Hr'g. Tr. (II) pp. 1, 274 |
| 10. | J-96 |
| 11. | J-1 |
| 12. | J-2 |
| 13. | J-94 |
| 14. | J-97 |
| 15. | J-13 |
| 16. | J-11 |
| 17. | J-12 |
| 18. | J-14 |
| 19. | J-15 |
| 20. | J-19 |
| 21. | J-20 |
| 22. | J-22 |

| 23. | J-24 |
| --- | --- |
| 24. | J-26 |
| 25. | J-28 |
| 26. | J-31 |
| 27. | J-32 |
| 28. | J-43 |
| 29. | J-21 |
| 30. | J-98 |
| 31. | J-87 |
| 32. | J-3 |
| 33. | J-4 |
| 34. | J-5 |
| 35. | J-6 |
| 36. | J-35 |
| 37. | J-36 |
| 38. | J-37 |
| 39. | J-23 |
| 40. | J-25 |
| 41. | J-27 |
| 42. | J-16 |
| 43. | J-47 |
| 44. | J-77 |

Respectfully submitted,

**ERNEST LEE DUNCAN, JR.**

By  */s/ Leonard A. Bennett*
Leonard A. Bennett (*Pro Hac Vice*)
Adam Short (*Pro Hac Vice)*
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbenett@clalegal.com
Email: adam@clalegal.com

Drew D. Sarrett (*Pro Hac Vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E. Broad Street, Suite 300
Richmond, VA  23219
(804)-905-9900 - Telephone
(804) 905-9902 - Facsimile
Email:  drew@clalegal.com

Matthew W.H. Wessler (application for admission *pro hac vice* forthcoming)
Gupta Wessler LLP
2001 K St. NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
matt@guptawessler.com

Jessica Garland (application for admission *pro hac vice* forthcoming)
Gupta Wessler LLP
505 Montgomery Street, Suite 625
San Francisco, CA 94111
(415) 573-0336
jessie@guptawessler.com

*Counsel for the Plaintiff*