# EXHIBIT 7

# Line of Credit Account Statement

Page 1 of 2
For the period ended 07/23/10
Account Number ███████2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

| | | |
|---|---|---|
| New Balance | $ | 729.86 |
| **Total Payment Now Due** | $ | **21.89** |
| Payment Due Date | | 08/19/10 |
| Amount Enclosed | $ | _____ |

██████2944000000218900007298622

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ███████2944    06/25/10 - 07/23/10

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 561.10 |
| Payments | $ | 200.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 355.12 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **13.64** |
| New Balance | $ | 729.86 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 21.89 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 21.89 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 283.78 |
| Statement Closing Date | $ | 07/23/10 |
| Days in Billing Cycle | | 29 |

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 729.86 |
| **Total Payment Now Due** | $ | **21.89** |
| Payment Due Date | | 08/19/10 |

**QUESTIONS?**
Call Customer Service 888-762-2265

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| **Payments and Other Credits** | | | | | |
| 07/12/10 | 07/12/10 | | PAYMENT REC'D - THANK YOU | $ | 200.00- |
| **Advances and Other Debits** | | | | | |
| 07/06/10 | 07/08/10 | | OVERDRAFT ADVANCE | $ | 355.12+ |
| **Interest Charged** | | | | | |
| 07/23/10 | 07/23/10 | | INTEREST CHARGE | $ | 13.64+ |
| | | | **TOTAL INTEREST  FOR THIS PERIOD** | $ | **13.64** |

**EXHIBIT**

**40**

# Line of Credit Account Statement

Page 2 of 2
For the period ended 07/23/10
Account Number ███████ 2944

| 2010 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2010 | $ | 0.00 |
| Total Interest Charged In 2010 | $ | 63.53 |

| **Interest Charge Calculation** | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.     V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790 % | $692.14 | $13.64 |

**Interest Charge Accrual Method is Average Daily Balance.**

# Line of Credit Account Statement

Page 1 of 2
For the period ended 08/25/10
Account Number ████████ 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

017647

| | | |
|---|---|---|
| New Balance | $ | 645.20 |
| **Total Payment Now Due** | $ | **19.35** |
| Payment Due Date | | 09/19/10 |
| Amount Enclosed | $ | _____ |

████████ 29440000001935000064 52086

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

---

Account Number ████████ 2944

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 729.86 |
| Payments | $ | 100.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **15.34** |
| New Balance | $ | 645.20 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 19.35 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 19.35 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 370.14 |
| Statement Closing Date | $ | 08/25/10 |
| Days in Billing Cycle | | 33 |

07/24/10 - 08/25/10

### Payment Information

| | | |
|---|---|---|
| New Balance | $ | 645.20 |
| **Total Payment Now Due** | $ | **19.35** |
| Payment Due Date | | 09/19/10 |

**QUESTIONS?**
Call Customer Service  888-762-2265

---

### Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| **Payments and Other Credits** | | | | | |
| 08/14/10 | 08/16/10 | | PAYMENT REC'D - THANK YOU | $ | 100.00- |
| **Interest Charged** | | | | | |
| 08/25/10 | 08/25/10 | | INTEREST CHARGE | $ | 15.34+ |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | **15.34** |

# Line of Credit Account Statement
Page 2 of 2
For the period ended 08/25/10
Account Number ▮▮▮▮▮▮2944

| 2010 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2010 | $ | 0.00 |
| Total Interest Charged In 2010 | $ | 78.87 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790 % | $684.81 | $15.34 |

**Interest Charge Accrual Method is Average Daily Balance.**

# Line of Credit Account Statement

Page 1 of 2
For the period ended 09/24/10
Account Number ████████ 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

017444

| | | |
|---|---|---|
| New Balance | $ | 638.67 |
| **Total Payment Now Due** | **$** | **19.16** |
| Payment Due Date | | 10/19/10 |
| Amount Enclosed | $ | _____ |

████████ 294400000019160000 6386771

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ████████ 2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 645.20 |
| Payments | $ | 19.35 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | **$** | **0.00** |
| **Interest Charged** | **$** | **12.82** |
| New Balance | $ | 638.67 |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 19.16 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 19.16 |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 374.15 |
| Statement Closing Date | $ | 09/24/10 |
| Days in Billing Cycle | | 30 |

08/26/10 - 09/24/10

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 638.67 |
| **Total Payment Now Due** | **$** | **19.16** |
| Payment Due Date | | 10/19/10 |

### QUESTIONS?
Call Customer Service  888-762-2265

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| | | | **Payments and Other Credits** | | |
| 09/19/10 | 09/20/10 | | PAYMENT REC'D - THANK YOU | $ | 19.35- |
| | | | **Interest Charged** | | |
| 09/24/10 | 09/24/10 | | INTEREST CHARGE | $ | 12.82+ |
| | | | **TOTAL INTEREST  FOR THIS PERIOD** | $ | **12.82** |

PNC000131

# Line of Credit Account Statement

Page 2 of 2
For the period ended 09/24/10
Account Number ███████ 2944

| 2010 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2010 | $ | 0.00 |
| Total Interest Charged In 2010 | $ | 91.69 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790 % | $629.05 | $12.82 |

**Interest Charge Accrual Method is Average Daily Balance.**

# Line of Credit Account Statement

Page 1 of 2
For the period ended 10/25/10
Account Number ▮▮▮▮▮2944

016972

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

| | | |
|---|---|---|
| New Balance | $ | 632.66 |
| **Total Payment Now Due** | **$** | **18.97** |
| Payment Due Date | | 11/19/10 |
| Amount Enclosed | $ | _____ |

▮▮▮▮▮▮2944000000189700006326654

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ▮▮▮▮▮2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 638.67 |
| Payments | $ | 19.16 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | **$** | **0.00** |
| **Interest Charged** | **$** | **13.15** |
| New Balance | $ | 632.66 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 18.97 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 18.97 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 380.49 |
| Statement Closing Date | $ | 10/25/10 |
| Days in Billing Cycle | | 31 |

09/25/10 - 10/25/10

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 632.66 |
| **Total Payment Now Due** | **$** | **18.97** |
| Payment Due Date | | 11/19/10 |

**QUESTIONS?**
Call Customer Service 888-762-2265

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| | | | **Payments and Other Credits** | | |
| 10/19/10 | 10/19/10 | | PAYMENT REC'D - THANK YOU | $ | 19.16- |
| | | | **Interest Charged** | | |
| 10/25/10 | 10/25/10 | | INTEREST CHARGE | $ | 13.15+ |
| | | | **TOTAL INTEREST  FOR THIS PERIOD** | $ | **13.15** |

# Line of Credit Account Statement

Page 2 of 2
For the period ended 10/25/10
Account Number ████████ 2944

| 2010 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2010 | $ | 0.00 |
| Total Interest Charged In 2010 | $ | 104.84 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.     V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $624.41 | $13.15 |

**Interest Charge Accrual Method is Average Daily Balance.**

PNC000134

# Line of Credit Account Statement

Page 1 of 2
For the period ended 11/24/10
Account Number ████████ 12944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

016783

| | | |
|---|---|---|
| New Balance | $ | 544.28 |
| **Total Payment Now Due** | **$** | **16.32** |
| Payment Due Date | | 12/19/10 |
| Amount Enclosed | $ | _____ |

████████ 29440000016320000544 2826

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ████████ 2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 632.66 |
| Payments | $ | 100.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | **$** | **0.00** |
| **Interest Charged** | **$** | **11.62** |
| New Balance | $ | 544.28 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 16.32 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 16.32 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 467.34 |
| Statement Closing Date | $ | 11/24/10 |
| Days in Billing Cycle | | 30 |

10/26/10 - 11/24/10

### Payment Information

| | | |
|---|---|---|
| New Balance | $ | 544.28 |
| **Total Payment Now Due** | **$** | **16.32** |
| Payment Due Date | | 12/19/10 |

### QUESTIONS?

Call Customer Service 888-762-2265

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments and Other Credits** | |
| 11/08/10 | 11/08/10 | | PAYMENT REC'D - THANK YOU | $ 100.00- |
| | | | **Interest Charged** | |
| 11/24/10 | 11/24/10 | | INTEREST CHARGE | $ 11.62+ |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $ 11.62 |

# Line of Credit Account Statement

Page 2 of 2
For the period ended 11/24/10
Account Number ██████████2944

| 2010 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2010 | $ | 0.00 |
| Total Interest Charged In 2010 | $ | 116.46 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $570.29 | $11.62 |

**Interest Charge Accrual Method is Average Daily Balance.**

PNC000136

# Line of Credit Account Statement

Page 1 of 2
For the period ended 12/24/10
Account Number ████████2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

016814

| | | |
|---|---|---|
| New Balance | $ | 36.72- |
| **Total Payment Now Due** | $ | **0.00** |
| Payment Due Date | | 01/19/11 |
| Amount Enclosed | $ | _____ |

████████2944000000000000000367235

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ████████ 11 ██ 2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 544.28 |
| Payments | $ | 589.74 |
| Other Credits | $ | 8.74 |
| Advances and Other Debits | $ | 8.74 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **8.74** |
| New Balance | $ | 36.72- |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 0.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 0.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 1,000.00 |
| Statement Closing Date | $ | 12/24/10 |
| Days in Billing Cycle | | 30 |

11/25/10 - 12/24/10

### Payment Information

| | | |
|---|---|---|
| New Balance | $ | 36.72- |
| **Total Payment Now Due** | $ | **0.00** |
| Payment Due Date | | 01/19/11 |

### QUESTIONS?
Call Customer Service 888-762-2265

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| | | | **Payments and Other Credits** | | |
| 12/19/10 | 12/20/10 | | PAYMENT REC'D - THANK YOU | $ | 16.32- |
| 12/19/10 | 12/21/10 | | PAYMENT REC'D - THANK YOU | $ | 500.00- |
| 12/22/10 | 12/23/10 | | PAYMENT REC'D - THANK YOU | $ | 36.70- |
| 12/23/10 | 12/24/10 | | PAYMENT REC'D - THANK YOU | $ | 36.72- |

# Line of Credit Account Statement

Page 2 of 2
For the period ended 12/24/10
Account Number ▉▉▉▉2944

| Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
| **Payments and Other Credits** | | | | | |
| 12/24/10 | 12/24/10 | | INTEREST CHARGE CR ADJ | $ | 8.74- |
| **Advances and Other Debits** | | | | | |
| 12/24/10 | 12/24/10 | | PRINCIPAL BALANCE DR ADJ | $ | 8.74+ |
| **Interest Charged** | | | | | |
| 12/24/10 | 12/24/10 | | INTEREST CHARGE | $ | 8.74+ |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | **8.74** |

| 2010 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2010 | $ | 0.00 |
| Total Interest Charged In 2010 | $ | 125.20 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $428.92 | $8.74 |

**Interest Charge Accrual Method is Average Daily Balance.**

# Line of Credit Account Statement

Page 1 of 2
For the period ended 01/25/11
Account Number ████████ 2944

| | | |
|---|---|---|
| ERNEST L DUNCAN SR | 016804 | |
| BETTY F DUNCAN | | |
| 4656 ENGLISH OAK CT | | |
| MASON, OH 45040-2570 | | |

| | | |
|---|---|---|
| New Balance | $ | 0.00 |
| **Total Payment Now Due** | **$** | **0.00** |
| Payment Due Date | | 02/19/11 |
| Amount Enclosed | $ | _____ |

████████ 29440000000000000000000000

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ████████ 2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 36.72- |
| Payments | $ | 0.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 36.72 |
| **Fees Charged** | **$** | **0.00** |
| **Interest Charged** | **$** | **0.00** |
| New Balance | $ | 0.00 |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 0.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 0.00 |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 1,000.00 |
| Statement Closing Date | $ | 01/25/11 |
| Days in Billing Cycle | | 32 |

### Payment Information

12/25/10 - 01/25/11

| | | |
|---|---|---|
| New Balance | $ | 0.00 |
| **Total Payment Now Due** | **$** | **0.00** |
| Payment Due Date | | 02/19/11 |

### QUESTIONS?
Call Customer Service 888-762-2265

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | **Advances and Other Debits** | | |
| 12/31/10 | 12/31/10 | | PRINCIPAL BAL DR ADJ | $        36.72+ |

## 2011 Totals Year-to-Date

| | | |
|---|---|---|
| Total Fees Charged In 2011 | $ | 0.00 |

# Line of Credit Account Statement
Page 2 of 2
For the period ended 01/25/11
Account Number ███████████2944

| 2011 Totals Year-to-Date | | |
|---|---|---|
| Total Interest Charged In 2011 | $ | 0.00 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $0.00 | $0.00 |

**Interest Charge Accrual Method is Average Daily Balance.**

# Line of Credit Account Statement

Page 1 of 2
For the period ended 11/22/19
Account Number [REDACTED] 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

006961

| | | |
|---|---|---|
| New Balance | $ | 50.10 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 12/19/19 |
| Amount Enclosed | $ | _____ |

2944000000100000000501022

THIS IS NOT A BILL. Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number [REDACTED] 2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments | $ | 0.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 50.00 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **0.10** |
| New Balance | $ | 50.10 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 10.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 950.00 |
| Statement Closing Date | | 11/22/19 |
| Days in Billing Cycle | | 28 |

10/26/19 - 11/22/19

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 50.10 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 12/19/19 |

### QUESTIONS?
Call Customer Service 888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | **Advances and Other Debits** | | |
| 11/20/19 | 11/22/19 | | OVERDRAFT ADVANCE | $ 50.00+ |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 11/22/19
Account Number ████████2944

| Transactions | | | | |
|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
| Interest Charged | | | | |
| 11/22/19 | 11/22/19 | | INTEREST CHARGE | $         .10+ |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $       **0.10** |

| 2019 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2019 | $ | 0.00 |
| Total Interest Charged In 2019 | $ | 0.10 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.     V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $5.35 | $0.10 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 12/24/19
Account Number [REDACTED]2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

006951

| | | |
|---|---|---|
| New Balance | $ | 41.14 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 01/19/20 |
| Amount Enclosed | $ | _____ |

[REDACTED]29440000001000000000411438

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number [REDACTED]2944

11/23/19 - 12/24/19

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | $ | 50.10 |
| Payments | $ | 10.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **1.04** |
| New Balance | $ | 41.14 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 10.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 959.90 |
| Statement Closing Date | $ | 12/24/19 |
| Days in Billing Cycle | | 32 |

| Payment Information | | |
|---|---|---|
| New Balance | $ | 41.14 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 01/19/20 |

**QUESTIONS?**
Call Customer Service  888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

| Transactions | | | | |
|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
| **Payments and Other Credits** | | | | |
| 12/19/19 | 12/19/19 | | PAYMENT REC'D - THANK YOU | $        10.00- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 12/24/19
Account Number ███ 0██████████ 2944

| Transactions | | | | |
|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
| Interest Charged | | | | |
| 12/24/19 | 12/24/19 | | INTEREST CHARGE | $          1.04+ |
| | | | TOTAL INTEREST  FOR THIS PERIOD | $          **1.04** |

| 2019 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In  2019 | $ | 0.00 |
| Total Interest Charged In  2019 | $ | 1.14 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.     V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $48.14 | $1.04 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 01/24/20
Account Number ▮▮▮▮▮2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

006906

| | | |
|---|---|---|
| New Balance | $ | 31.95 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 02/19/20 |
| Amount Enclosed | $ | |

▮▮▮▮▮▮2944000000100000000319532

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ▮▮▮▮▮2944

12/25/19 - 01/24/20

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | $ | 41.14 |
| Payments | $ | 10.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **0.81** |
| New Balance | $ | 31.95 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 10.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 968.86 |
| Statement Closing Date | $ | 01/24/20 |
| Days in Billing Cycle | | 31 |

| Payment Information | | |
|---|---|---|
| New Balance | $ | 31.95 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 02/19/20 |

**QUESTIONS?**
Call Customer Service 888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

| Transactions | | | | |
|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
| **Payments and Other Credits** | | | | |
| 01/19/20 | 01/21/20 | | PAYMENT REC'D - THANK YOU | $    10.00- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 01/24/20
Account Number ███████2944

| Transactions | | | | |
|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
| Interest Charged | | | | |
| 01/24/20 | 01/24/20 | | INTEREST CHARGE | $       .81+ |
| | | | TOTAL INTEREST FOR THIS PERIOD | $      0.81 |

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2020 | $ | 0.00 |
| Total Interest Charged In 2020 | $ | 0.81 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $38.36 | $0.81 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 02/21/20
Account Number ███████ 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

007062

| | | |
|---|---|---|
| New Balance | $ | 22.52 |
| **Total Payment Now Due** | **$** | **10.00** |
| Payment Due Date | | 03/19/20 |
| Amount Enclosed | $ | |

█████████ 29440000001000000000225234

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ██████ 2944

01/25/20 - 02/21/20

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 31.95 |
| Payments | $ | 10.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | **$** | **0.00** |
| **Interest Charged** | **$** | **0.57** |
| New Balance | $ | 22.52 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 10.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 978.05 |
| Statement Closing Date | $ | 02/21/20 |
| Days in Billing Cycle | | 28 |

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 22.52 |
| **Total Payment Now Due** | **$** | **10.00** |
| Payment Due Date | | 03/19/20 |

**QUESTIONS?**
Call Customer Service 888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| **Payments and Other Credits** | | | | | |
| 02/19/20 | 02/19/20 | | PAYMENT REC'D - THANK YOU | $ | 10.00- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 02/21/20
Account Number ███-██████2944

| Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
| | | | **Interest Charged** | | |
| 02/21/20 | 02/21/20 | | INTEREST CHARGE | $ | .57+ |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | **0.57** |

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In  2020 | $ | 0.00 |
| Total Interest Charged In  2020 | $ | 1.38 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.  V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $30.15 | $0.57 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 03/25/20
Account Number ███████ 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

006805

| | | |
|---|---|---|
| New Balance | $ | 63.21 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 04/19/20 |
| Amount Enclosed | $ | |

50█████████2944000000100000000632124

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ███-█-█-██ 2944

02/22/20 - 03/25/20

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 22.52 |
| Payments | $ | 10.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 50.00 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **0.69** |
| New Balance | $ | 63.21 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 10.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 937.48 |
| Statement Closing Date | $ | 03/25/20 |
| Days in Billing Cycle | | 33 |

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 63.21 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 04/19/20 |

**QUESTIONS?**
Call Customer Service 888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | **Payments and Other Credits** | | |
| 03/19/20 | 03/19/20 | | PAYMENT REC'D - THANK YOU | $ 10.00- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 03/25/20
Account Number 5██████████2944

| Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
| **Advances and Other Debits** | | | | | |
| 03/19/20 | 03/23/20 | | OVERDRAFT ADVANCE | $ | 50.00+ |
| **Interest Charged** | | | | | |
| 03/25/20 | 03/25/20 | | INTEREST CHARGE | $ | .69+ |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | **0.69** |

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2020 | $ | 0.00 |
| Total Interest Charged In 2020 | $ | 2.07 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $30.55 | $0.69 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement
Page 1 of 2
For the period ended 04/24/20
Account Number ████████ 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

006704

| | | |
|---|---|---|
| New Balance | $ | 54.44 |
| **Total Payment Now Due** | **$** | **10.00** |
| Payment Due Date | | 05/19/20 |
| Amount Enclosed | $ | _____ |

█████ 29440000001000000000544436

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ████████ 2944

03/26/20 - 04/24/20

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 63.21 |
| Payments | $ | 10.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | **$** | **0.00** |
| **Interest Charged** | **$** | **1.23** |
| New Balance | $ | 54.44 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 10.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 946.79 |
| Statement Closing Date | $ | 04/24/20 |
| Days in Billing Cycle | | 30 |

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 54.44 |
| **Total Payment Now Due** | **$** | **10.00** |
| Payment Due Date | | 05/19/20 |

**QUESTIONS?**
Call Customer Service 888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 04/19/20 | 04/20/20 | | PAYMENT REC'D - THANK YOU | $    10.00- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 04/24/20
Account Number ████-█████2944

| Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
| | | | **Interest Charged** | | |
| 04/24/20 | 04/24/20 | | INTEREST CHARGE | $ | 1.23+ |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | **1.23** |

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In  2020 | $ | 0.00 |
| Total Interest Charged In  2020 | $ | 3.30 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $60.65 | $1.23 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 05/22/20
Account Number ███████ 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN                 006049
4656 ENGLISH OAK CT
MASON, OH 45040-2570

| | | |
|---|---|---|
| New Balance | $ | 45.42 |
| **Total Payment Now Due** | **$** | **10.00** |
| Payment Due Date | | 06/19/20 |
| Amount Enclosed | $ | |

████████ 29440000000100000000454255

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ███████ 2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 54.44 |
| Payments | $ | 10.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | **$** | **0.00** |
| **Interest Charged** | **$** | **0.98** |
| New Balance | $ | 45.42 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 10.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 955.56 |
| Statement Closing Date | $ | 05/22/20 |
| Days in Billing Cycle | | 28 |

04/25/20 - 05/22/20

### Payment Information

| | | |
|---|---|---|
| New Balance | $ | 45.42 |
| **Total Payment Now Due** | **$** | **10.00** |
| Payment Due Date | | 06/19/20 |

### QUESTIONS?
Call Customer Service 888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| **Payments and Other Credits** | | | | | |
| 05/19/20 | 05/19/20 | | PAYMENT REC'D - THANK YOU | $ | 10.00- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 05/22/20
Account Number ██████2944

| Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
| Interest Charged | | | | | |
| 05/22/20 | 05/22/20 | | INTEREST CHARGE | $ | .98+ |
| | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.98 |

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2020 | $ | 0.00 |
| Total Interest Charged In 2020 | $ | 4.28 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $51.95 | $0.98 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 06/24/20
Account Number ███████2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

005809

| | | |
|---|---|---|
| New Balance | $ | 36.38 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 07/19/20 |
| Amount Enclosed | $ | _____ |

███████2944000000100000000363829

**THIS IS NOT A BILL.** Your current payment amount will be automatically deducted from your deposit account on the payment due date.

Account Number ███████2944

05/23/20 - 06/24/20

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 45.42 |
| Payments | $ | 10.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **0.96** |
| New Balance | $ | 36.38 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 10.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 964.58 |
| Statement Closing Date | | 06/24/20 |
| Days in Billing Cycle | | 33 |

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 36.38 |
| **Total Payment Now Due** | $ | **10.00** |
| Payment Due Date | | 07/19/20 |

**QUESTIONS?**
Call Customer Service  888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| | | | **Payments and Other Credits** | | |
| 06/19/20 | 06/19/20 | | PAYMENT REC'D - THANK YOU | $ | 10.00- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 06/24/20
Account Number █████████2944

| Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
| | | | **Interest Charged** | | |
| 06/24/20 | 06/24/20 | | INTEREST CHARGE | $ | .96+ |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | **0.96** |

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2020 | $ | 0.00 |
| Total Interest Charged In 2020 | $ | 5.24 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.     V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $42.80 | $0.96 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 07/24/20
Account Number ▓▓▓ ▓▓▓▓▓2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

005740

| | | |
|---|---|---|
| New Balance | $ | 37.10 |
| **Total Payment Now Due** | $ | **20.00** |
| Payment Due Date | | 08/19/20 |
| Amount Enclosed | $ | _____ |

▓▓▓▓▓▓▓▓2944000000200000000371078

Detach this portion and return with your check made payable to: PNC Bank

Account Number ▓▓▓ ▓▓▓▓▓2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 36.38 |
| Payments | $ | 10.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 10.00 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **0.72** |
| New Balance | $ | 37.10 |
| | | |
| Past Due Amount - Due Now | $ | 10.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 20.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 964.58 |
| Statement Closing Date | $ | 07/24/20 |
| Days in Billing Cycle | | 30 |

06/25/20 - 07/24/20

### Payment Information

| | | |
|---|---|---|
| New Balance | $ | 37.10 |
| **Total Payment Now Due** | $ | **20.00** |
| Payment Due Date | | 08/19/20 |

### QUESTIONS?
Call Customer Service 888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments and Other Credits** | |
| 07/19/20 | 07/20/20 | | PAYMENT REC'D - THANK YOU | $ 10.00- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 07/24/20
Account Number ███████2944

| Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
| **Advances and Other Debits** | | | | | |
| 07/19/20 | 07/22/20 | | PAYMENT REVERSAL NSF | $ | 10.00+ |
| **Interest Charged** | | | | | |
| 07/24/20 | 07/24/20 | | INTEREST CHARGE | $ | .72+ |
| | | | TOTAL INTEREST FOR THIS PERIOD | $ | **0.72** |

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total Fees Charged In 2020 | $ | 0.00 |
| Total Interest Charged In 2020 | $ | 5.96 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.    V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $35.42 | $0.72 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 08/25/20
Account Number ▆▆▆ ▆ ▆▆▆▆▆ 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

005669

| | | |
|---|---|---|
| New Balance | $ | 37.87 |
| **Total Payment Now Due** | **$** | **30.00** |
| Payment Due Date | | 09/19/20 |
| Amount Enclosed | $ | _____ |

▆▆▆▆▆▆▆ 2944000000300000000378734

Detach this portion and return with your check made payable to: PNC Bank

Account Number ▆▆▆ ▆ ▆▆▆▆▆ 2944

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 37.10 |
| Payments | $ | 0.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **0.77** |
| New Balance | $ | 37.87 |
| | | |
| Past Due Amount - Due Now | $ | 20.00 |
| Minimum Payment Now Due | $ | 10.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 30.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 0.00 |
| Statement Closing Date | $ | 08/25/20 |
| Days in Billing Cycle | | 32 |

07/25/20 - 08/25/20

### Payment Information

| | | |
|---|---|---|
| New Balance | $ | 37.87 |
| **Total Payment Now Due** | **$** | **30.00** |
| Payment Due Date | | 09/19/20 |

### QUESTIONS?
Call Customer Service  888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 09/24/20
Account Number ████████ 2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

005651

| | | |
|---|---|---|
| New Balance | $ | 0.00 |
| **Total Payment Now Due** | $ | **0.00** |
| Payment Due Date | | 10/19/20 |
| Amount Enclosed | $ | _____ |

████████ 2944 00000000000000000000000000

Detach this portion and return with your check made payable to: PNC Bank

Account Number ████████ 2944

08/26/20 - 09/24/20

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 37.87 |
| Payments | $ | 38.25 |
| Other Credits | $ | 0.38 |
| Advances and Other Debits | $ | 0.38 |
| **Fees Charged** | $ | **0.00** |
| **Interest Charged** | $ | **0.38** |
| New Balance | $ | 0.00 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 0.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 0.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 0.00 |
| Statement Closing Date | | 09/24/20 |
| Days in Billing Cycle | | 30 |

### Payment Information

| | | |
|---|---|---|
| New Balance | $ | 0.00 |
| **Total Payment Now Due** | $ | **0.00** |
| Payment Due Date | | 10/19/20 |

### QUESTIONS?
Call Customer Service 888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount | |
|---|---|---|---|---|---|
| | | | **Payments and Other Credits** | | |
| 09/11/20 | 09/11/20 | | PAYMENT REC'D - THANK YOU | $ | 38.25- |
| 09/24/20 | 09/24/20 | | INTEREST CHARGE CR ADJ | $ | .38- |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 1 of 2
For the period ended 10/23/20
Account Number ████-█████2944

ERNEST L DUNCAN SR
BETTY F DUNCAN
4656 ENGLISH OAK CT
MASON, OH 45040-2570

005624

| | | |
|---|---|---|
| New Balance | $ | 0.00 |
| **Total Payment Now Due** | **$** | **0.00** |
| Payment Due Date | | 11/19/20 |
| Amount Enclosed | $ | _____ |

██████████2944000000000000000000000000

Detach this portion and return with your check made payable to: PNC Bank

Account Number ████████2944

09/25/20 - 10/23/20

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments | $ | 0.00 |
| Other Credits | $ | 0.00 |
| Advances and Other Debits | $ | 0.00 |
| **Fees Charged** | **$** | **0.00** |
| **Interest Charged** | **$** | **0.00** |
| New Balance | $ | 0.00 |
| | | |
| Past Due Amount - Due Now | $ | 0.00 |
| Minimum Payment Now Due | $ | 0.00 |
| Assessed Late Charge | $ | 0.00 |
| Total Payment Now Due | $ | 0.00 |
| | | |
| Credit Limit | $ | 1,000.00 |
| Available Credit | $ | 0.00 |
| Statement Closing Date | $ | 10/23/20 |
| Days in Billing Cycle | | 29 |

## Payment Information

| | | |
|---|---|---|
| New Balance | $ | 0.00 |
| **Total Payment Now Due** | **$** | **0.00** |
| Payment Due Date | | 11/19/20 |

**QUESTIONS?**
Call Customer Service  888-762-2265

You may at any time pay any part of the unpaid balance owed by you, or you may at any time pay the aggregate unpaid balance owed by you without incurring further charges on that balance (other than accrued and unpaid interest).

## Transactions

| Transaction Date | Post Date | Ref # | Description of Transaction or Credit | Amount |
|---|---|---|---|---|

| **2020 Totals Year-to-Date** | | |
|---|---|---|
| Total Fees Charged In  2020 | $ | 0.00 |



EQUAL HOUSING
LENDER

# Line of Credit Account Statement

Page 2 of 2
For the period ended 10/23/20
Account Number ▓▓▓▓▓▓2944

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total Interest Charged In 2020 | $ | 7.11 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual rate on your account.  V = variable | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Principal | 24.790% | $0.00 | $0.00 |

**Interest Charge Accrual Method is Average Daily Balance.**



EQUAL HOUSING
LENDER