# EXHIBIT 9

Page 1

```
                    JAMS
- - - - - - - - - - - - - - x
ERNEST DUNCAN               :
        Claimants,          :
                                    JAMS Ref No.
     v.                     :
                                    5410000458
EXPERIAN INFORMATION        :
SOLUTIONS,
                            :
        Respondent.
- - - - - - - - - - - - - - x
```

TRANSCRIPT OF PROCEEDINGS
BEFORE: THE HONORABLE LINDA R. SINGER
Washington, DC
Monday, March 12, 2024
Volume II

Reported remotely by:
Okeemah S. Henderson, RPR



Page 274

1  about would be accurately reported as a credit
2  line or a revolving account?
3        A.    Right.  We don't report checking
4  accounts on a consumer's credit file.  The line of
5  credit that's associated with that would be
6  reported.
7        Q.    Where is that?
8        A.    Where is what?
9        Q.    Where's the line of credit?
10       A.    It's on his credit report.  It's
11 that account that we have been looking at.
12       Q.    I agree.  Is there any other
13 document that shows the line of credit, besides
14 the Experian credit reports.
15       A.    I don't have one.  I didn't see any
16 documents that had them in it.
17             ARBITRATOR SINGER:  We have the signature
18 account -- the signature card, sorry, and the
19 checking account.
20       A.    Yes, ma'am, that's correct.
21             ARBITRATOR SINGER:  Do we have a
22 signature card for the revolving account or line
23 of credit?  Have you seen one?
24       A.    I haven't seen one.  I don't know
25 if whether one exists or not.  But I do know that

