**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**PITTSBURGH**

| | | |
|---|---|---|
| ERNEST LEE DUNCAN JR., | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-CV-01717-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| | ) | |
| Defendants, | | |

**ORDER**

Upon review of Defendant Experian Information Solutions, Inc.'s Motion to Seal Portions of Plaintiff's Filings in Opposition to Experian's Motion to Vacate, (ECF No. 155), Plaintiff's Response in Opposition, (ECF No. 159), and Experian's Reply, (ECF No. 163), it is hereby ORDERED that Experian's Motion to Seal Portions of Plaintiff's Filings in Opposition to Experian's Motion to Vacate is GRANTED.

Plaintiff's brief in opposition, (ECF No. 146), to Experian's Motion to Vacate or in the Alternative, to Modify or Correct, Arbitration Award ("Motion to Vacate"); Plaintiff's response to Experian's factual assertions, (ECF Nos. 147-1, 150); and Plaintiff's Appendix of Exhibits in support of same, (ECF No. 148), are hereby SEALED by the Court. The Clerk is directed to file the redacted versions at ECF Nos. 155-1, 155-2, 155-3, and 155-4 on the Court's public docket. This Order may be vacated, and sealing lifted for cause shown upon the motion of any party or other person with a recognized interest, or after due notice by the Court upon the Court's own motion.

IT IS FURTHER ORDERED that considering Plaintiff's Motion to Confirm Arbitration Award and Enter Judgment, (ECF No. 180), and the stay issued by this Court's October 1, 2025 Order as to said motion, further action related to the Report and Recommendation regarding Experian's Motion to Vacate, at ECF No. 177, is also STAYED, pending resolution of the issue of settlement by a Private Letter Ruling from the IRS.

DATED: December 18, 2025

BY THE COURT:

Marilyn J. Horan
United States District Judge