# EXHIBIT A

## WITNESS DEPOSITION DESIGNATIONS

| Azeem, Milton (11/29/23) | |
|---|---|
| Page | Line |
| 5 | 05-20 |
| 9 | 20-23 |
| 10 | 02-15 |
| 10 | 20-22 |
| 11 | 06-11 |
| 11 | 25 |
| 12 | 01-25 |
| 13 | 08-25 |
| 14 | 01-25 |
| 15 | 01-02 |
| 15 | 19-25 |
| 16 | 01-25 |
| 17 | 01-07 |
| 18 | 10-25 |
| 19 | 01-04 |
| 19 | 08-25 |
| 20 | 01-25 |
| 21 | 01-25 |
| 22 | 01-25 |
| 23 | 01-25 |
| 24 | 01-08 |
| 24 | 25 |
| 25 | 01-18 |
| 26 | 05-25 |
| 27 | 01-14 |
| 27 | 16-25 |
| 28 | 01-25 |
| 29 | 01-25 |
| 30 | 01-25 |
| 31 | 01-25 |
| 32 | 01-25 |
| 33 | 01-25 |
| 34 | 01-25 |
| 35 | 01-25 |
| 36 | 01-25 |
| 37 | 01-05 |
| 37 | 18-25 |
| 38 | 01-18 |
| 38 | 22-25 |
| 39 | 01-25 |
| 40 | 01-25 |

| 41 | 01-25 |
|----|-------|
| 42 | 01-08 |
| 42 | 10-25 |
| 43 | 01-25 |
| 44 | 01-25 |
| 45 | 01-25 |
| 46 | 01-25 |
| 47 | 01-25 |
| 48 | 01-25 |
| 49 | 01-10 |
| 49 | 13-14 |
| 49 | 16-22 |
| 50 | 16-25 |
| 51 | 01-09 |
| 52 | 02-25 |
| 53 | 01-14 |
| 54 | 04-25 |
| 55 | 01-07 |

| Brooks, Valerie (11/29/23) | |
|----|----|
| Page | Line |
| 5 | 5-16 |
| 6 | 09-25 |
| 7 | 01-06 |
| 8 | 03-25 |
| 9 | 01-03 |
| 9 | 12-25 |
| 10 | 01-25 |
| 11 | 01-25 |
| 12 | 01-25 |
| 13 | 01-25 |
| 14 | 01-02 |
| 14 | 09-25 |
| 15 | 01-25 |
| 16 | 01-25 |
| 17 | 01-25 |
| 18 | 01-25 |
| 19 | 01-25 |
| 20 | 01-15 |
| 21 | 14-25 |
| 22 | 01-25 |
| 23 | 01-25 |
| 24 | 01-16 |
| 25 | 06-25 |

| | |
|---|---|
| 26 | 01-07 |
| 27 | 02-22 |

| Geraci, Derek (2/16/24) | |
|---|---|
| Page | Line |
| 05 | 01-14 |
| 07 | 03-24 |
| 09 | 11-18 |
| 11 | 02-09 |
| 11 | 11-25 |
| 12 | 01-25 |
| 13 | 01-25 |
| 14 | 01 |
| 14 | 15-25 |
| 15 | 01-25 |
| 16 | 01-14 |
| 16 | 22-25 |
| 17 | 01-04 |
| 17 | 08-25 |
| 18 | 01-05 |
| 18 | 13-25 |
| 19 | 01-06 |
| 19 | 09-13 |
| 19 | 16-25 |
| 20 | 01-21 |

| Hafner, Ken (02/16/24) | |
|---|---|
| Page | Line |
| 5 | 01-10 |
| 6 | 04-11 |
| 7 | 09-23 |
| 8 | 20-25 |
| 9 | 01-25 |
| 10 | 01-06 |
| 10 | 23-25 |
| 11 | 01-02 |
| 11 | 16-25 |
| 12 | 01-25 |
| 13 | 01-14 |
| 13 | 18-25 |
| 14 | 01-25 |
| 15 | 01-15 |
| 16 | 02-21 |

| 17 | 11-25 |
|----|-------|
| 18 | 01-21 |
| 30 | 01-12 |
| 30 | 15 |
| 30 | 18-21 |
| 30 | 24 |
| 31 | 01-25 |
| 32 | 01-25 |
| 33 | 01-02 |
| 33 | 16-25 |
| 34 | 01-06 |

| Karipinski, Sharon (11/29/23) | |
|-------------------------------|-------|
| Page | Line |
| 5 | 11-17 |
| 6 | 19-21 |
| 7 | 03-25 |
| 8 | 19-25 |
| 9 | 01-25 |
| 10 | 01-16 |
| 11 | 04-25 |
| 12 | 01-25 |
| 13 | 01-25 |
| 14 | 01-25 |
| 15 | 01-12 |
| 16 | 08-25 |
| 17 | 01-25 |
| 18 | 01-05 |
| 18 | 17-25 |
| 19 | 01-25 |
| 20 | 01-04 |
| 21 | 24-25 |
| 22 | 01-24 |
| 25 | 04-25 |
| 26 | 01-06 |
| 26 | 16-25 |
| 27 | 01-25 |
| 28 | 01-14 |
| 29 | 22-25 |
| 30 | 01-10 |

| Bevins, Michael (4/26/24) | |
|---------------------------|-------|
| Page | Line |

| | |
|---|---|
| 5 | 22-25 |
| 6 | 01-25 |
| 7 | 01-23 |
| 12 | 24-25 |
| 13 | 01-25 |
| 14 | 01-12 |
| 15 | 22-25 |
| 16 | 01-04 |
| 17 | 08-25 |
| 18 | 01-25 |
| 19 | 01 |
| 21 | 16-25 |
| 22 | 01-25 |
| 23 | 01-17 |
| 24 | 14-25 |
| 25 | 01-25 |
| 26 | 01-25 |
| 27 | 01-02 |
| 32 | 25 |
| 33 | 01-25 |
| 34 | 01-25 |
| 35 | 01-25 |
| 36 | 01-25 |
| 37 | 01-14 |
| 39 | 03-24 |
| 45 | 18-25 |
| 46 | 01-17 |
| 49 | 01-17 |
| 49 | 20-25 |
| 50 | 01-25 |
| 51 | 01-25 |
| 52 | 01-25 |
| 53 | 01-25 |
| 54 | 01-25 |
| 63 | 05-24 |
| 66 | 19-25 |
| 67 | 01-25 |
| 68 | 01-11 |
| 68 | 24-25 |
| 69 | 01-25 |
| 70 | 01-25 |
| 71 | 01-25 |
| 72 | 01-25 |
| 73 | 01-25 |
| 74 | 01-25 |

| | |
|---|---|
| 75 | 01-07 |
| 78 | 14-25 |
| 79 | 01-09 |
| 80 | 03-25 |
| 81 | 01-23 |
| 82 | 04-25 |
| 83 | 01-07 |
| 83 | 24-25 |
| 84 | 01-04 |
| 85 | 13-25 |
| 86 | 01-07 |
| 86 | 14-25 |
| 87 | 01-25 |
| 88 | 01-14 |
| 89 | 21-25 |
| 90 | 01-12 |
| 91 | 05-25 |
| 92 | 01-25 |
| 93 | 01-05 |
| 93 | 23-25 |
| 94 | 01-25 |
| 95 | 01-15 |
| 96 | 21-25 |
| 97 | 01-25 |
| 98 | 01-09 |
| 98 | 17-25 |
| 99 | 01-25 |
| 100 | 01-04 |
| 102 | 22-25 |
| 103 | 01-25 |
| 104 | 01-19 |
| 105 | 14-25 |
| 106 | 01-25 |
| 107 | 01-25 |
| 108 | 01-13 |
| 108 | 25 |
| 109 | 01-12 |