**EXHIBIT B**
**Plaintiff's Pretrial Statement**

| Exhibit Number | Description | Date(s) | Bates Number(s) | Expect/May Offer |
|---|---|---|---|---|
| P-1 | Consumer Signature Card | 8/25/07 | PNC000001–000003 | Expect to Offer |
| P-2 | National City Cash Reserve Line Agreement | 1/2/08 | PNC000181–000182 | Expect to Offer |
| P-3 | Ernest Lee Duncan Sr. Death Certificate | 10/23/10 | Plaintiff_Duncan_000009 | Expect to Offer |
| P-4 | Betty Frances Lewis-Duncan Death Certificate | 1/25/09 | Plaintiff_Duncan_000008 | Expect to Offer |
| P-5 | PNC Account Ledger and History Card Report | 10/26/20 | PNC000169–000180 | Expect to Offer |
| P-6 | Senior/Betty National City Bank Line of Credit Monthly Statements | 06/25/10–10/23/20 | PNC000127–000162 | Expect to Offer |
| P-7 | PNC Smart Checking Account Statements | 03/17/16–09/18/19 | PNC000183–000203 | Expect to Offer |
| P-8 | PNC Letter to Senior/Betty re: Line of Credit Transfer | 2/5/10 | PNC000219-000220 | Expect to Offer |
| P-9 | FDIC Merger Info | 10/11/24 | ECF 116-9 | Expect to Offer |
| P-10 | PNC Letter to Senior/Betty re: Update to Standard Checking | 8/5/19 | PNC000221 | Expect to Offer |
| P-11 | PNC Standard Checking Account Statements | 09/19/19–06/16/20 | PNC000204–000218 | Expect to Offer |
| P-12 | PNC Letter to Senior/Betty Important Information re: Line of Credit Account | 8/15/17 | PNC000004–000009 | Expect to Offer |
| P-13 | PNC Letter to Senior re: Removal of Automatic Payment Deduction | 7/22/20 | PNC000010–000011 | Expect to Offer |

**EXHIBIT B**
**Plaintiff's Pretrial Statement**

| Exhibit Number | Description | Date(s) | Bates Number(s) | Expect/May Offer |
|---|---|---|---|---|
| P-14 | PNC Letter to Senior re: Two Missed Payments on Line of Credit | 8/25/20 | PNC000012–000013 | Expect to Offer |
| P-15 | PNC Letter to Senior re: Past Due Balance on Line of Credit | 8/10/20 | PNC000014–000015 | Expect to Offer |
| P-16 | PNC Letter to Senior and Betty re: Line of Credit Unlinked | 9/1/20 | PNC000016–000017 | Expect to Offer |
| P-17 | Ernie Letter to PNC re: Credit Reporting Dispute | 8/23/21 | PNC000020–000028 | Expect to Offer |
| P-18 | PNC Internal Receipt for Ernie's Payment | 9/11/20 | PNC001354–001355 | Expect to Offer |
| P-19 | Massaro Law Dispute Letter to PNC | 10/25/21 | PNC000030–000041 | Expect to Offer |
| P-20 | Massaro Law Dispute Letter to PNC | 12/7/21 | PNC000043–000047 | Expect to Offer |
| P-21 | Massaro Law Dispute Letter to PNC | 1/26/22 | PNC000054–000055 | Expect to Offer |
| P-22 | Ernie Dispute Letter to Experian (forwarded to PNC) | 2/18/21 | PNC000072–000079 | Expect to Offer |
| P-23 | Ernie Second Dispute Letter to Experian (forwarded to PNC) | 3/19/21 | PNC000084–000090 | Expect to Offer |
| P-24 | PNC ACDV Response to Trans Union | 1/7/20 | PNC000068–000069 | Expect to Offer |
| P-25 | PNC ACDV Response to Trans Union | 4/9/20 | PNC000070–000071 | Expect to Offer |
| P-26 | PNC ACDV Response to Trans Union | 3/2/21 | PNC000080–000081; TU-000092 | Expect to Offer |

**EXHIBIT B**
**Plaintiff's Pretrial Statement**

| Exhibit Number | Description | Date(s) | Bates Number(s) | Expect/May Offer |
|---|---|---|---|---|
| P-27 | PNC ACDV Response to Experian | 3/11/21 | PNC000082–000083 | Expect to Offer |
| P-28 | PNC UTL Comment Log Sheet Regarding Experian Dispute | 4/1/21 | PNC000091 | Expect to Offer |
| P-29 | PNC ACDV Response to Experian | 4/1/21 | PNC000092–000093 | Expect to Offer |
| P-30 | PNC ACDV Response to Trans Union | 8/27/21 | PNC000094–000095; TU-000127 | Expect to Offer |
| P-31 | PNC ACDV Response to Equifax | 9/13/21 | PNC000096-000097 | Expect to Offer |
| P-32 | PNC ACDV Response to Equifax | 5/20/22 | PNC000098–000099; EIS-DUNCAN-00056–000059 | Expect to Offer |
| P-33 | Ernie Dispute Letter to Experian (forwarded to PNC) | 5/10/22 | PNC000110–000116 | Expect to Offer |
| P-34 | Ernie Dispute Letter to Equifax (forwarded to PNC) | 5/10/22 | PNC000102-000109 | Expect to Offer |
| P-35 | Ernie Dispute Letter to Equifax (forwarded to PNC) | 5/10/22 | PNC000117-000121 | Expect to Offer |
| P-36 | PNC Bank ACDV Response to Experian | 5/20/22 | PNC000100–000101 | Expect to Offer |
| P-37 | PNC ACDV Response to Trans Union | 5/20/22 | PNC000125–000126; TU-000230 | Expect to Offer |
| P-38 | PNC UTL Comment Log Sheet Regarding Equifax Dispute | 5/20/22 | PNC000122 | Expect to Offer |
| P-39 | PNC UTL Comment Log Sheet Regarding Experian Dispute | 5/20/22 | PNC000123 | Expect to Offer |
| P-40 | PNC UTL Comment Log Sheet Regarding Trans Union Dispute | 5/20/22 | PNC000124 | Expect to Offer |

**EXHIBIT B**
**Plaintiff's Pretrial Statement**

| Exhibit Number | Description | Date(s) | Bates Number(s) | Expect/May Offer |
|---|---|---|---|---|
| P-41 | PNC Transaction Details for $10.00 Fees Assessed | 07/19/20–08/19/20 | PNC000163–000168 | Expect to Offer |
| P-42 | PNC ACDV Response to Experian | 3/21/23 | PNC001338–001339 | Expect to Offer |
| P-43 | PNC UTL Comment Log Sheet Regarding Experian Dispute | 3/21/23 | PNC001340 | Expect to Offer |
| P-44 | PNC Internal Notes re Disputes | 01/07/2020–01/20/2022 | PNC001341–001353 | Expect to Offer |
| P-45 | PNC Internal Account Screenshots | Undated | PNC000256–000259 | Expect to Offer |
| P-46 | 2022 Consumer Reporting Resource Guide | 1/1/22 | PNC000672–001031 | Expect to Offer |
| P-47 | PNC AUD (Updating Credit Reporting) | 9/20/21 | PNC000019; TU000141 | Expect to Offer |
| P-48 | PNC Letter to Ernie re: Credit Reporting Update | 9/20/21 | PNC000018 | Expect to Offer |
| P-49 | PNC Letter to Massaro Law | 11/1/21 | PNC000029, PNC000056 | Expect to Offer |
| P-50 | PNC Letter to Massaro Law | 1/10/22 | PNC000042 | Expect to Offer |
| P-51 | PNC Letter to Massaro Law | 2/24/22 | PNC000051 | Expect to Offer |
| P-52 | PNC AUD (Updating Credit Reporting) | 2/24/22 | PNC000052; TU000142 | Expect to Offer |
| P-53 | PNC UTL Comment Log Sheet Regarding Direct Dispute | 2/24/22 | PNC000053 | Expect to Offer |
| P-54 | PNC AUD and Cover Letters (Updating Credit Reporting) | 2/24/22 | PNC000065–000067 | Expect to Offer |
| P-55 | PNC Account History for Line of Credit | Undated | PNC001358–001373 | Expect to Offer |

**EXHIBIT B**
**Plaintiff's Pretrial Statement**

| Exhibit Number | Description | Date(s) | Bates Number(s) | Expect/May Offer |
|---|---|---|---|---|
| P-56 | PNC Procedure re Responding to Direct and Indirect Disputes | Undated | PNC000279–000291 | Expect to Offer |
| P-57 | PNC FCRA Lawsuit History | Undated | PNC001032–001045 | Expect to Offer |
| P-58 | PNC Monthly Reporting | 10/31/2018–10/30/2020 | PNC001050 | Expect to Offer |
| P-59 | PNC CFPB Complaint History | Undated | PNC001193–001337 | Expect to Offer |
| P-60 | PNC Research Guidelines | Undated | PNC001357 | Expect to Offer |
| P-61 | PNC Customer Numbers | Undated | PNC001374 | Expect to Offer |
| P-62 | ACLS Enterprise Technical Architecture Data Base Design | Undated | PNC001375–001416 | Expect to Offer |
| P-63 | Equifax Dispute Results | 9/17/21 | Plaintiff_Duncan_000013- | Expect to Offer |
| P-64 | Equifax Credit Report | 4/16/22 | Plaintiff_Duncan_000028–000112 | Expect to Offer |
| P-65 | Experian Credit Report | 4/16/22 | Plaintiff_Duncan_000028-000112 | Expect to Offer |
| P-66 | Trans Union Credit Report | 4/16/22 | Plaintiff_Duncan_000144–000179 | Expect to Offer |
| P-67 | Equifax Dispute Results | 5/20/22 | Plaintiff_Duncan_000189–000216; EIS-DUNCAN-000066–000088 | Expect to Offer |
| P-68 | Experian Dispute Results | 5/20/22 | Plaintiff_Duncan_000217–000220 | Expect to Offer |
| P-69 | Experian Dispute Results | 4/2/21 | Plaintiff_Duncan_000001–000002 | Expect to Offer |
| P-70 | Trans Union Dispute Results | 5/22/22 | Plaintiff_Duncan_000221–000230; TU000100–000107 | Expect to Offer |
| P-71 | Experian Postcard re Dispute Process | 5/25/22 | Plaintiff_Duncan_000231–000232 | Expect to Offer |

**EXHIBIT B**
**Plaintiff's Pretrial Statement**

| Exhibit Number | Description | Date(s) | Bates Number(s) | Expect/May Offer |
|---|---|---|---|---|
| P-72 | Mailing of Consumer Signature Card | 10/22/21 | Plaintiff_Duncan_000240–000243 | Expect to Offer |
| P-73 | Better Mortgage Credit Score Disclosures | 9/22/20 | Plaintiff_Duncan_000380–000397 | Expect to Offer |
| P-74 | Tom Wood Volvo Jaguar Retail Installment Sales Contract | 7/31/21 | Plaintiff_Duncan_000444–000445 | Expect to Offer |
| P-75 | Experian Credit Report | 2/22/24 | Plaintiff_Duncan_008703–008743 | Expect to Offer |
| P-76 | PNC ACDV Response to Equifax | 9/13/21 | EIS-DUNCAN-000004–000012 | Expect to Offer |
| P-77 | Equifax Internal Credit Report | 9/17/21 | EIS-DUNCAN-000020–000044 | Expect to Offer |
| P-78 | Trans Union Credit Report | 1/21/21 | TU-000036–53 | Expect to Offer |
| P-79 | Trans Union Online Dispute | 2/27/21 | TU-000074 | Expect to Offer |
| P-80 | Trans Union Internal Credit Report | 2/27/21 | TU-000076–88 | Expect to Offer |
| P-81 | Trans Union Online Dispute | 8/21/21 | TU-00108 | Expect to Offer |
| P-82 | Trans Union Internal Credit Report | 8/21/21 | TU-000111–124 | Expect to Offer |
| P-83 | Trans Union Dispute Results | 8/28/21 | TU-000133–140 | Expect to Offer |
| P-84 | Cash Reserve and Ready Reserve LOC Terms Summary | Undated | PNC001417–001418 | May Offer |
| P-85 | PNC Procedure for Investigating Consumer Disputes and Internal Request in ACLS-FDR-ORW-ORR | 12/29/22 | PNC001055–001072 | May Offer |
| P-86 | PNC Consumer Internal Disputes QA Review | 2/28/23 | PNC001082–001091 | May Offer |

**EXHIBIT B**
**Plaintiff's Pretrial Statement**

| Exhibit Number | Description | Date(s) | Bates Number(s) | Expect/May Offer |
|---|---|---|---|---|
| P-87 | PNC Consumer Internal Disputes QA Review | 2/8/23 | PNC001092–001101 | May Offer |
| P-88 | FCRA and ACTA Training Course | Undated | PNC001102-001128 | May Offer |
| P-89 | FCRA and ACTA Training Course | Undated | PNC001129-001192 | May Offer |
| P-90 | PNC Customer Focus Goal | Undated | PNC001356 | May Offer |
| TBD | Any and all pleadings, briefs, and orders filed in this matter, including any document or exhibit. | | ECF Nos. 1–209 | May Offer |
| TBD | Any document produced in discovery by PNC | | | May Offer |
| TBD | Any document identified on the Exhibit List submitted by PNC | | | May Offer |
| TBD | Any document or other record needed for purpose of rebuttal | | | May Offer |
| TBD | Any document or other record needed for purposes of impeachment | | | May Offer |
| TBD | Any document or other record needed to refresh a witness's recollection pursuant to Federal Rule of Evidence ("FRE") 612 | | | May Offer |
| TBD | Any learned treatise utilized pursuant to FRE 803(18) | | | May Offer |

**EXHIBIT B**
**Plaintiff's Pretrial Statement**

| Exhibit Number | Description | Date(s) | Bates Number(s) | Expect/May Offer |
|---|---|---|---|---|
| TBD | Pursuant to FRE 106, Mr. Duncan reserves the right to introduce any writing or recorded statement or part thereof which ought in fairness to be considered contemporaneously with any writing or recorded statement introduced by Mr. Duncan | | | May Offer |
| TBD | Mr. Duncan reserves the right to make use of charts, summaries, and calculations summarizing voluminous writings, recordings, or photographs pursuant to FRE 1006. | | | May Offer |
| TBD | All demonstrative exhibits necessary. | | | May Offer |