**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH**

|  |  |
|---|---|
| ERNEST LEE DUNCAN, JR.,<br><br>                    Plaintiff,<br><br>          v.<br><br>PNC BANK, N.A., *et al.*,<br><br>                    Defendants. | Case No. 2:22-cv-1717<br>Hon. Marilyn J. Horan |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Ernest Lee Duncan, Jr. ("Plaintiff"), by counsel, and Defendant PNC Bank, N.A. hereby notify the Court that a settlement has been reached regarding all claims between Plaintiff PNC Bank, N.A. *only*. Plaintiff and PNC Bank, N.A. are in the process of completing the final settlement documents. Pending execution of those documents, Plaintiff and PNC Bank, N.A. shall timely file the proper form of dismissal with the Court.

1

Dated: March 12, 2026

Respectfully submitted,

**ERNEST LEE DUNCAN, JR.**

By____*/s/ Drew D. Sarrett*_____
Drew D. Sarrett (admitted *pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E. Broad Street, Suite 300
Richmond, VA  23219
(804)-905-9900
drew@clalegal.com

Leonard A. Bennett (admitted *pro hac vice*)
Adam Short (admitted *pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
(757) 930-3660
lenbennett@clalegal.com
adam@clalegal.com

*Counsel for the Plaintiff*

**PNC BANK, N.A.**

By: */s/ John J. Berry*_____
John J. Berry, Esquire
DINSMORE & SHOHL
Six PPG Place, Suite 1300
Pittsburgh, PA 15222
Phone: (412) 288-5854
Fax: (412) 281-5055
Email: john.berry@dinsmore.com

*Counsel for Defendant PNC Bank, N.A.*

2