# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST LEE DUNCAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., et al.,<br><br>Defendants. | Case No. 2:22-cv-1717<br>Hon. Marilyn J. Horan |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ernest Lee Duncan, Jr. and Defendant Experian Information Solutions, Inc., by their respective undersigned counsel, hereby jointly stipulate to voluntarily dismiss all claims by Plaintiff against Experian Information Solutions, Inc. in this action, with prejudice, and without costs or fees awarded to either party.

DATED: June 29, 2026

Respectfully submitted,
**ERNEST LEE DUNCAN, JR.**

By *\/s/ Drew D. Sarrett*
Drew D. Sarrett (admitted *pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E. Broad Street, Suite 300
Richmond, VA 23219
(804)-905-9900
drew@clalegal.com

Leonard A. Bennett (admitted *pro hac vice*)
Adam Short (admitted *pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
(757) 930-3660

lenbennett@clalegal.com
adam@clalegal.com

*Counsel for the Plaintiff*

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By */s/ Joseph N. Parsons*

Joseph N. Parsons
Andrew James Urko
Jones Day
BNY Mellon Center
500 Grant Street
Ste 4500
Pittsburgh, PA 15219
412-394-7980
Email: aurko@jonesday.com
Email: jparsons@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*