IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST LEE DUNCAN, JR.,<br>Plaintiff,<br>v.<br>PNC BANK, N.A., et al.,<br>Defendants. | Case No. 2:22-cv-1717<br>Hon. Marilyn J. Horan |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ernest Lee Duncan, Jr. and Defendant PNC Bank, N.A., by their respective undersigned counsel, hereby jointly stipulate to voluntarily dismiss all claims by Plaintiff against PNC Bank, N.A. *only* in this action, with prejudice, and without costs or fees awarded to either party.

Respectfully submitted,
**ERNEST LEE DUNCAN, JR.**

By *\/s/ Drew D. Sarrett*
Drew D. Sarrett (admitted *pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E. Broad Street, Suite 300
Richmond, VA 23219
(804)-905-9900
drew@clalegal.com

Leonard A. Bennett (admitted *pro hac vice*)
Adam Short (admitted *pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
(757) 930-3660

lenbennett@clalegal.com
adam@clalegal.com

*Counsel for the Plaintiff*

**PNC BANK, N.A.**

By */s/ John J. Berry*
John J. Berry (PA Bar #318481)
Dinsmore & Shohl, LLP
301 Grant St. Suite 2800
Pittsburgh, PA 15219
412-288-5854
Fax: 412-281-5055
Email: john.berry@dinsmore.com

Jeffrey M. Stacko (PA Bar #314941)
Dinsmore & Shohl LLP
Six PPG Place
Suite 1300
Pittsburgh, PA 15222
412-281-8980
Email: jeffrey.stacko@dinsmore.com

Kathryn Cassandra Carter (admitted *pro hac vice*)
Dinsmore
Commercial Litigation
100 West Main Street
Suite 900
Lexington, KY 40507
859-425-1033
Email: cassandra.carter@dinsmore.com

*Counsel for Defendant PNC Bank, N.A.*

It is so ordered this 1st day of July 2026.

Marilyn J. Horan
United States District Judge